# EXHIBIT A

1    .

2               IN THE UNITED STATES DISTRICT COURT

3                  FOR THE DISTRICT OF KANSAS

4    .

5    .

6    GRIFFITTS & CODER CUSTOM

7    CHOPPING, LLC, BRADLEY A.

8    GRIFFITTS and TIMOTHY L. CODER,

9          Plaintiffs,

10       vs.                    Case No. 2:18-cv-02300

11   CNH INDUSTRIAL AMERICA LLC,

12          Defendant.

13   .

14   .

15                    DEPOSITION OF

16                  TIMOTHY LEE CODER,

17   taken on behalf of the Defendant, pursuant to

18   Notice of Deposition, beginning at 8:47 a.m. on

19   the 9th day of April, 2019, at the law offices of

20   Joseph Hollander & Craft LLC, 1508 Southwest

21   Topeka Boulevard, in the City of Topeka, County of

22   Shawnee, and State of Kansas, before Jill A.

23   Whetter, RPR, Missouri CCR No. 1058, and Kansas

24   CCR No. 1485.

25   .



```
 1                        APPEARANCES

 2      .

 3      .

 4  ON BEHALF OF THE PLAINTIFFS:

 5      .

 6         Ms. Diane L. Bellquist

 7         Joseph Hollander & Craft LLC

 8         1508 Southwest Topeka Boulevard

 9         Topeka, Kansas   66612

10         785.234.3272

11         dbellquist@josephhollander.com

12      .

13      .

14  ON BEHALF OF THE DEFENDANT:

15      .

16         Mr. Patrick A. Edwards

17         Stinson Leonard Street LLP

18         1625 North Waterfront Parkway, Suite 300

19         Wichita, Kansas   67206

20         316.265.8800

21         patrick.edwards@stinson.com

22      .

23      .

24      .

25      .
```



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

```
 1                            INDEX

 2     .

 3     .

 4     Certificate ----------------------------- 212

 5     .

 6     .

 7                           WITNESS

 8     ON BEHALF OF THE DEFENDANT:            PAGE

 9     TIMOTHY LEE CODER

10     Direct-Examination by Mr. Edwards      6

11     Cross-Examination by Ms. Bellquist     206

12     .

13     .

14                          EXHIBITS

15     CODER DEPO EXHIBIT NO.:               MARKED

16     No 20  Drawing                         75

17     No 21  Drawing                         82

18     No 22  Agri Center bill of sale        108

19     No 23  AgDirect Commercial Equipment

20         Lease Agreement ("Lease")          120

21     No 24  AgDirect Commercial Equipment

22         Lease Agreement ("Lease")          121

23     No 25  AgDirect Commercial Equipment

24         Lease Agreement ("Lease")          122

25     .
```



Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

4/9/2019                    **TIMOTHY LEE CODER**                                4

```
 1    No 26  AgDirect Commercial Equipment

 2           Lease Agreement ("Lease")           123

 3    No 27  AgDirect Commercial Equipment

 4           Lease Agreement ("Lease")           124

 5    No 28  New Holland Protection Plan Quote   136

 6    No 29  New Holland Protection Plan Quote   137

 7    No 30  AgDirect Resolution of the Members

 8           of Griffitts & Coder Custom

 9           Chopping LLC                        148

10    No 31  AgDirect Applicant Name

11           Verification Form                   149

12    No 32  Farm Credit Leasing Services Corp.

13           Buyout Requests Lessee Purchase     150

14    No 33  Warranty and Limitation of

15           Liability Agreement New Holland

16           Agricultural Equipment              151

17    No 34  Warranty and Limitation of

18           Liability Agreement New Holland

19           Agricultural Equipment              153

20    No 35  Warranty and Limitation of

21           Liability Agreement New Holland

22           Agricultural Equipment              154

23    No 36  Warranty and Limitation of

24           Liability Agreement New Holland

25           Agricultural Equipment              155
```



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                    Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                         785-273-3063                 913-383-1131
                                     www.appinobiggs.com

```
 1   No 37  Warranty and Limitation of

 2          Liability Agreement New Holland

 3          Agricultural Equipment              156

 4   No 38  Kansas Department of Revenue,

 5          Agricultural Exemption Certificates  156

 6   No 39  Photocopy of Facebook post          193

 7   No 40  Photocopies of Facebook posts       194

 8   No 41  Photocopy of Facebook post          196

 9   No 42  Photocopy of Facebook post          197

10   No 43  Photocopy of Facebook post          199

11   No 44  Photocopy of Facebook post          199

12   No 45  Photocopy of Facebook post          201

13   No 46  Notice of Intent to Take Deposition

14          of Plaintiff Griffitts & Coder Custom

15          Chopping, LLC (30(b)(6)             204
```

```
16   .

17   .

18   .

19   .

20   .

21   .

22   .

23   .

24   .

25   .
```



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1      Q.    And what led to you shutting down that

2    business?

3      A.    I shut it down because it got to be too

4    hard to make it during the winters.  The winters

5    were getting too harsh, and I had five or six guys

6    on payroll, and it just got too tough to make it.

7      Q.    So what did you do at that point?

8      A.    That spring of 2012 is when Brad and I

9    went on harvest for our first time together.

10      Q.    Okay.  So going back to what we talked

11    about earlier, you met Brad on the J-6 swine job?

12      A.    Yep.

13      Q.    And that was in 2006 or '7, you said?

14      A.    Yup.

15      Q.    Did you do many more jobs with Brad from

16    2006 or '7 through 2012?

17      A.    Yes, we did several jobs together.

18      Q.    And it was all manure spreading related?

19      A.    Yes, that was all manure spreading

20    related.

21      Q.    All right.  Do -- sorry.  So in

22    approximately 2012, is that when Griffitts & Coder

23    Custom Chopping, LLC was formed?

24      A.    Yes.  I believe it was 2012 that we

25    formed it.



800 E. 1ˢᵗ Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21ˢᵗ Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95ᵗʰ Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    trucks down in Seminole, Texas, and that's where

2    we actually started out at.  And then, after

3    Seminole, in the spring run, we had actually got a

4    call from a guy in Phoenix, Arizona to come haul

5    silage out there, so we took trucks to Phoenix,

6    hauled silage out there, and then after we got

7    back from there the corn season was going to start

8    in West Texas, and that's when we organized the

9    LLC and went into business.

10        Q.   Did -- with respect to the Phoenix jobs,

11   was that just word of mouth; do you know how that

12   company found you guys out of -- you know, from

13   Texas and Kansas?

14        A.   Brad actually got the call on that and

15   I'm not sure how he got it.

16        Q.   So let's -- let's kind of keep going on.

17   So far, we've talked about, as far as companies

18   that you've -- that you've worked for, owned or

19   operated.  We've got the work at Northwest Pipe,

20   then the various electrical jobs, then WLD with

21   the -- with the patent, with the wire patent, then

22   TC Hauling, and now we've started with G&C, this

23   -- regarding this lawsuit, or one of the parties

24   in this lawsuit.  Have you owned or operated any

25   additional companies, other than the ones -- other



1    than WLD and TC Hauling and G&C?

2        A.    Yes.   We started business in December of

3    2015, which was G&C Farm Services.

4        Q.    December 2015, G -- okay.   And that's G&C

5    Farm Services?

6        A.    Correct.

7        Q.    What does G&C Farm Services do?

8        A.    That is a company that we'd bought out a

9    fellow that spread manure in West Texas.   And it

10   was designed to do manure spreading.

11       Q.    So prior to that time, you still did

12   manure spreading; you just purchased -- did you

13   essentially just purchase a competitor?

14       A.    We purchased the competitor in 2015, but

15   we did not do any spreading in Texas prior to

16   that.  Our spreading was just in Northeast Kansas.

17       Q.    So with the addition of G&C Farm

18   Services, have you, up to the present time, owned

19   or operated any additional companies, other than

20   what -- the ones we've talked about?

21       A.    No, I have not.

22       Q.    Do you personally own a farm?

23       A.    I personally do own farm ground.

24       Q.    Where is the farm ground located?

25       A.    Northeast Kansas.



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

```
 1        Q.    Is it spread out or is it just one...

 2        A.    Currently, I only own one patch.

 3        Q.    Where is that?

 4        A.    It's by Muscotah, Kansas.

 5        Q.    How do you spell "Muscotah"?

 6        A.    M-U-S-C-O-T-A-H.

 7        Q.    How many acres?

 8        A.    It looks like Mus-co-tah.

 9        Q.    Oh, yeah.  How many areas do you own?

10        A.    50.

11        Q.    Do you farm it or do you --

12        A.    No, it's in mostly trees.

13        Q.    Where is it located from here?

14        A.    That way (witness indicating).

15        Q.    How far?  I've never heard of it.

16        A.    Muscotah is basically west of Effingham

17   about 12 miles.

18        Q.    Okay.

19        A.    If you know where Effingham's at?

20        Q.    Yeah, absolutely.

21        A.    Yeah.

22        Q.    Okay.  Yeah.  I spent a -- at break, I

23   will tell you, I spent a lot of time in Atchison,

24   Kansas, and I think we might know some of the same

25   people, actually.
```



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                      Topeka, KS 66604              Overland Park, KS 66212
316-201-1612                           785-273-3063                  913-383-1131
                                       www.appinobiggs.com

```
 1      A.   Well, there we go.
 2      Q.   Yeah.  How are we doing -- oh, we're
 3  doing good on time.
 4      A.   Back --
 5      Q.   Do you know -- oh, go ahead.  I'm sorry.
 6      A.   Back to the original question.  I
 7  previously did own more land up in Northeast
 8  Kansas.
 9      Q.   When -- how long have you only owned the
10  -- you said 50 acres, right?
11      A.   Yeah.
12      Q.   How long have you only owned the 50
13  acres?
14      A.   For the last seven or eight years,
15  probably.
16      Q.   And so prior to that, prior to last seven
17  or eight years, you said you owned additional
18  land?  At your peak, what was the -- how much farm
19  ground did you own?  Or how much ground did you
20  own?
21      A.   At my peak, I had three other lots of
22  land.  I had the one 156, one 160, half of an 80,
23  which would be 40, and then, of course, the timber
24  ground all at the same time.
25      Q.   Do you know, does Brad Griffitts own any
```



1    ground?

2         A.    Farm ground?

3         Q.    Yeah.

4         A.    Not that I am aware of.

5         Q.    To your knowledge, has he -- at least

6    since you guys have been doing business, has he

7    owned any farm ground since you have been doing

8    business that he's since sold off?

9         A.    I am unsure of that question.  I'm not

10   sure of the answer.

11        Q.    So with -- again, I just want to kind of

12   close the loop, and I think we have, but I'll just

13   double-check.  So with respect to your

14   professional experience, your work with Brad

15   Griffitts, it's been when you owned TC Hauling and

16   you guys did jobs together.  And what was the -- I

17   don't think I got that.  Do you know what the name

18   -- name was of his company at that point in time?

19   If you know.

20        A.    Griffitts Manure Spreading.

21        Q.    Okay.  So you worked with Brad when you

22   were at TC Hauling and he was at Griffitts Manure

23   Spreading and then you had the one, I guess,

24   spring to roughly August where you guys

25   essentially had your own sole proprietorships and



1    industry; do you know why he sold, if you happen

2    to know?

3        A.    He was also in construction business,

4    where they was doing quite a bit of work for

5    building additions and new and construction on

6    feedyards and dairies, doing dirt work, and he

7    started to get more and more work in the dirt work

8    industry, and he wanted to focus more on that than

9    the manure spreading.

10        MR. EDWARDS:    Okay.    We haven't even gone

11    an hour yet, but let's go ahead and take a quick

12    break.    I need to use the restroom, and then we

13    can get back to it.    We're -- I don't think --

14    just so you're aware --

15        And we can go off the record.

16            (THEREUPON, a break was taken.)

17        BY MR. EDWARDS:

18        Q.    Okay.    Mr. Coder, we are back on after a

19    short break.    I'd like to kind of continue down

20    the road of digging into some of the -- digging

21    into some more information about G&C, which,

22    again, is Griffitts & Coder Custom Chopping, LLC.

23    What -- present day, currently, what services does

24    G&C perform?

25        A.    We are custom silage harvesters, which



1    starts with the spring crop of the swathing of the

2    silage, the chopping of the silage, the hauling of

3    the silage, and the packing of the silage.

4         Q.    Okay.  So let's -- let's slow that down.

5    So you're a custom silage harvester and it starts

6    with the spring what?

7         A.    The spring crop, we swath the crop down

8    and then we use the chopper to pick it up, chop

9    it, put it in trucks, which then haul it to the

10   dairy or feedyards or farmer where they pile it

11   and pack it.

12        Q.    Okay.  And have you -- it's my

13   understanding you've perform -- have you performed

14   the custom silage harvesting since G&C was formed

15   in roughly 2012?

16        A.    Correct.  That's what we have been doing.

17        Q.    And what's the -- you said it starts with

18   the spring crop.  What -- what's the entire season

19   for silage harvesting?

20        A.    The entire season has to --

21        Q.    Probably depends on where you're at.

22        A.    Right.  But our season usually starts

23   around March 15th, give or take a little bit due

24   to weather, and usually ends around November 15th.

25        Q.    And what's the geographic area that



Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1 **historically you perform the custom -- the cus --**

2 **or sil -- sorry, silage harvesting?**

3 A. West Texas, Oklahoma, East Texas, Kansas,

4 and last year we did a little in Missouri. And

5 Nebraska.

6 Q. **What -- when do you get up into Kansas,**

7 **Missouri and Nebraska; what part of the season?**

8 A. It varies year to year, but we have been

9 pretty consistent about being in Kansas around

10 May, entire month, maybe a little bit into June.

11 And last year in Missouri we was over there in

12 July.

13 Q. **And is -- and I apologize, I did not grow**

14 **up on a farm. So silage is strictly corn?**

15 A. No. The spring crop, it consist of rye,

16 wheat, and triticale.

17 Q. **Okay.**

18 THE REPORTER: And what?

19 THE WITNESS: Triticale.

20 BY MR. EDWARDS:

21 Q. **It's essentially hay, isn't it?**

22 A. It's grass, all base -- grass based. And

23 then you also have a cutting of alfalfa in there

24 now and then.

25 And then your fall crops are your sorghum,



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    milo and corn.  And there's other guys expanding

2    into canola and peas and, you know, whatever they

3    can figure to grow with a little bit of water.

4         Q.   Oh, my gosh.  What -- with respect to --

5    with respect to your silage harvesting operation,

6    do you -- is it the -- I am assuming that you have

7    -- well, I guess what equipment do you use to

8    swath?

9         A.   For our swathing purposes, right now, to

10   date, we have three triple mower setups on

11   tractors and one MacDon swather with a 40-foot

12   Draper Head.

13             THE REPORTER:  With a 40-foot?

14             THE WITNESS:  40-foot Draper Head.

15        BY MR. EDWARDS:

16        Q.   And so the -- the -- the last piece of

17   equipment you mentioned, the MacDon, that's

18   actually -- that's not a tractor; it's

19   specifically for swathing?

20        A.   Correct, that is specific for swathing.

21        Q.   And is that the reason -- we are getting

22   a little ahead of ourselves here, or I am getting

23   a little ahead of myself here, but is that the

24   reason you needed the front PTO on the tractors in

25   question in this case, so you could put the -- the



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                        785-273-3063                913-383-1131
                                    www.appinobiggs.com

1    **triple mowers in the front?**

2         A.   Correct.  That's why we required the

3    front PTO and three-point.

4         Q.   **What's the -- what swather do you use;**

5    **you said the BacDon (sic)?  Is that a --**

6         A.   MacDon, M-A-C-D-O-N, is the brand name.

7         Q.   **Okay.  How long have you had that?**

8         A.   That particular one we've had I am going

9    to guess around three years, maybe four.

10        Q.   **What determines whether you use the**

11   **MacDon or the three tractors?**

12        A.   Usually the crop determines exactly what

13   we will be using.  If the crop is real poor and

14   short, we will use the MacDon, because you can put

15   two windrows together and make an 80-foot windrow.

16        Q.   **Oh.  Historically, do you use the MacDon**

17   **less than you use each of the three triple mowers?**

18        A.   Historically, we use it a lot less.

19        Q.   **A lot less?**

20        A.   (Witness nods head.)

21        Q.   **Okay.  So then we have covered what**

22   **equipment you use for the cutting and swathing,**

23   **correct?**

24        A.   Correct.

25        Q.   **Okay.  Now we have got the chopping, and**



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1   you use custom choppers, right, forage harvesters;

2   is that right?

3        A.    We use forage harvesters, correct.

4        Q.    And what -- so is there -- do you have

5   your option of different chopping -- I mean, I

6   know there's different brands of choppers, things

7   like that, but is a forage harvester one type of

8   chopper and there's multiple other types of

9   choppers or is "forage harvester" just

10  interchangeably for the word "chopper"?

11       A.    It's just interchangeable for the word

12  "chopper."  You use the same machine to do all

13  different crops.

14       Q.    Okay.  And you use CLAAS choppers right

15  now, is that right?

16       A.    Currently, we have CLAASes, but we are

17  getting ready to trade them for Deeres.

18       Q.    And how many forage harvesters do you

19  have?

20       A.    Current --

21             THE REPORTER:  Say that word?

22             THE WITNESS:  Forage.  So it's --

23             THE REPORTER:  Forage.  Gotcha.  Gotcha.

24             THE WITNESS:  F-O-R-A-G-E and harvesters.

25             THE REPORTER:  You're just saying it --

```
1              THE WITNESS:  Sorry.  Just kind of
2    slurring it all together.  Yeah.  No.  It's
3    because I trail off.  I apologize.
4              THE REPORTER:  That's okay.
5         BY MR. EDWARDS:
6         Q.   How many forage harvesters do you
7    currently have?
8         A.   We currently have three.
9         Q.   And when you trade them in, are you
10   getting to get three Deeres or are you going to
11   get more or less?
12        A.   We are going to trade the three CLAAS
13   straight across for three Deeres, with a little
14   cash.
15        Q.   Do you own the forage harvesters?
16        A.   Yes.  We are --
17        Q.   So you're trading them in?
18        A.   Yup.
19        Q.   So now we have covered what equipment you
20   use for your -- the chopping portion of your
21   business.  What's -- do you own semis for the
22   hauling, then?
23        A.   Yes, we do own semis, also.
24        Q.   How many semis do you own?
25        A.   I think to current we have 13 or 14 semis
```



```
1    we own, and then we have -- I think it's 14

2    trailers.

3        Q.   And then, at that point, once you haul it

4    to the dairy, the feedyard and the farmer,

5    whatever, do you just dump it or do you do --

6    perform additional services once it's -- I mean,

7    you said "pile and pack"; do you do anything after

8    you dump it or -- or do you just dump it and then

9    leave and go to the next job?

10       A.   When the truck gets there and it dumps

11   it, then there's a -- what we call a "packing

12   tractor" that actually pushes the forage up into a

13   big pile in a mound and smashes it together called

14   "packing."

15       Q.   What do you guys use for that, the

16   packing tractor?

17       A.   There's several different tractors, some

18   Case IHs --

19            THE REPORTER:   Some KSH -- K --

20            THE WITNESS:   C-A-S-E, Case IH tractors.

21       BY MR. EDWARDS:

22       Q.   And then capital "I", capital "H"?

23       A.   Yeah.   And also a Caterpillar tractor.

24   And John Deere tractor.

25       Q.   How many total tractors?
```



1        A.    Per job or what we have?

2        Q.    What you have.

3        A.    Well, right now we are in the process of

4   selling all the tractors to the guy that wants to

5   do our packing, but currently we own packing

6   tractor-wise, with blades, one, two, three, four,

7   five.

8        Q.    You said you're selling the piling and

9   packing portion of your business?

10       A.    Correct.

11       Q.    What led G&C to decide to sell that

12  portion of the business?

13       A.    The ability to find good labor is what we

14  went with.

15       Q.    Who are you selling it to?

16       A.    J&K Farms.

17       Q.    They based in Kansas or --

18       A.    No, they are based in Texas.

19       Q.    Is there -- do you pile and pack -- we've

20  talked about your geographic scope, which is

21  pretty big.  Do you pile and pack everywhere or is

22  it just certain areas where that's more standard?

23       A.    90 percent of our jobs, we do all the

24  piling and packing.  Some of them, the actual

25  feedyard, dairy, or individual farmer will do his



1    own.

2         Q.   So when you're selling off this portion

3    of the business, are you expecting to -- when you

4    have a job that requires piling and packing just

5    recommending the entity that's -- or the -- the

6    J&K Farms to do the piling and packing, or are

7    they going to go -- essentially follow you along?

8         A.   The way it works is they will purchase

9    our tractors, and then when we bid the work it

10   includes the entire scope of the work.  So they

11   are basically just going to be a subcontractor

12   that takes that portion of the job.

13        Q.   So have we -- between the swathing, the

14   chopping, the hauling and then the piling and

15   packing, have we covered everything you guys do

16   that's within the -- kind of the subcategory of

17   custom silage harvesting?

18        A.   Yes, we have.

19        Q.   Okay.  What -- what other services does

20   G&C offer?

21        A.   The only other service that comes to mind

22   is we have a contract during the middle of the

23   summer in Kansas where we swath straw and haul

24   straw.

25        Q.   Where in Kansas?



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-291-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1      A.    McPherson area.  From there to Salina.

2      Q.    It's just for one farmer or farming

3    operation?

4      A.    We work for a guy that does custom

5    baling, and he's contracted with a guy that does

6    -- they make roadside mats out of the -- the straw

7    so you can lay them in the ditches, keep erosion

8    away, and then he also sells a bunch of straw back

9    east to mushroom growers.

10     Q.    Interesting.  How long have you done

11   custom swathing and hauling of straw?

12     A.    Two years.

13     Q.    What equipment is involved in the -- in

14   that?

15     A.    The MacDon Draper, five semis, then we

16   rent flatbed trailers and one wheel loader.

17     Q.    Okay.  And in doing this -- you said you

18   added this roughly two years ago; did you -- was

19   it kind of like when you bought -- when you bought

20   G&C Farm Services, where you bought it from

21   someone else, or did you -- since you already had

22   the equipment, did you just make a contact and

23   start doing that work?

24     A.    We already had the equipment and the

25   contact actually got ahold of us.  It was a guy we



Appino Biggs Reporting Service Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1  knew that did some swathing in the West Texas
2  area. We met up with him at a convention, and he
3  got to talking to us about what he has carrying on
4  and asked us if we'd be interested and we told him
5  we would be.
6      Q. And again, I am not a farming expert, so
7  swathing is essentially the same as cutting,
8  correct?
9      A. Not necessarily. I am not sure what
10 you're referring to as "cutting."
11     Q. It's -- you use a piece of equipment to
12 cut the crop and then windrow it?
13     A. Correct.
14     Q. So this lawsuit is based on equipment
15 that was, in part, used for manure spreading. Do
16 you still -- when we talked about -- and I know
17 it's kind of confusing. I will just -- when I
18 refer to G&C Farm Services, I will just say "Farm
19 Services," if that's okay.
20     A. That will be fine.
21     Q. And so that way we can separate it out?
22 Is all of the manure spreading still performed
23 using the entity Farm Services or does G&C also do
24 manure spreading?
25     A. The manure spreading was solely done by



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

```
 1    G&C Farm Services.

 2         Q.   And so before, when we talked about TC

 3    Hauling and all that, you were mostly, at that

 4    point, hauling manure; you were not spreading it,

 5    correct?

 6         A.   It was spreading the manure.  We had

 7    trucks with spreader beds on it.  That's what they

 8    did was spread the manure.

 9         Q.   Okay.  And so when you formed G&C in 2012

10    or '13, did you stop manure spreading at that

11    point in time?

12         A.   Not at that time, no; a year later is

13    when we stopped.

14         Q.   Why did you stop?

15         A.   We sold the trucks to a local guy here so

16    he could do it.

17         Q.   And so approximately 2013, '14?

18         A.   Approximately then, yes.

19         Q.   Who did you sell those -- the trucks to?

20         A.   My truck, I only had one, I sold it to a

21    guy by the name of Brandon Renkens.

22         Q.   How do you spell that last name?

23         A.   Not a clue.

24         Q.   You said Renkus (spelled phonetically)?

25         A.   Yeah.  I think it's R-E-N -- R-E-N-K-E-N-
```



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    S?  I'm not positive on the spelling.  That's one

2    of my very bad points is spelling.

3         Q.   You and me both.  Auto correct has really

4    ruined me.

5         A.   It is.

6         Q.   So with respect to the sale of the trucks

7    in 2013 or '14, did -- were you looking to get out

8    before you sold the trucks to Brandon Renkens or

9    did he approach you and say, "Hey, I'd really like

10   to take this over"?  What -- how -- what led to

11   that?

12        A.   He actually approached us and said he

13   would like to take the -- buy the trucks.

14        Q.   So prior to that you weren't looking to

15   get out?

16        A.   Nope.

17        Q.   And then so you guys for about a year to

18   two years -- until you purchased what turned into

19   Farm Services, you guys did not do any manure

20   spreading?

21        A.   We did not do any manure spreading.

22        Q.   So now the manure spreading is done under

23   Farm Services' name, correct?

24        A.   That is correct.

25        Q.   What's the -- what's -- what's the



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604              Overland Park, KS 66212
316-201-1612                          785-273-3063                  913-383-1131
                                      www.appinobiggs.com

1      A.    I am not sure of the exact number, but I

2   would guess at least ten.

3      Q.    Of -- in what -- percentage-wise, what's

4   that look like; is that a small number, a big

5   number?  Is that that 25 percent of your custom

6   silage harvesting or is it -- do you -- you know

7   what I am saying?

8      A.    I know what you're saying, but it's hard

9   to really say because, I mean, certain customers

10   are larger than other customers.  So as far as

11   percentage-wise, I can't really narrow it down to

12   a number.

13      Q.    Yeah.  What crops, generally, do you

14   perform manure spreading on?

15      A.    There's actually no crops present when we

16   do the manure spreading --

17      Q.    So --

18      A.    -- it's just bare ground.  What they

19   plant after that, I have no idea.

20      Q.    What's the -- what's the manure spreading

21   season, then?

22      A.    Manure spreading season is usually starts

23   around September time until a good hard run up

24   into April, and then sporadic through the other

25   months.



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1        Q.    And again, just going back to what we

2    talked about earlier, you don't -- this really --

3    the manure spreading isn't really a traveling

4    operation; you're -- got a home base and you're

5    just for the 50 miles of that?

6        A.    That is correct.

7        Q.    What's the -- what's the reason for that?

8        A.    The equipment is too big, bulky and tough

9    to move all over the country and there's manure

10   spreaders everywhere.  So it's hard to break into

11   new areas and it's too expensive to move the

12   equipment there, anyway.

13       Q.    As part of the manure spreading

14   operation, you have to get manure from somewhere,

15   and so does that mean -- are you purchasing the

16   manure from somewhere like, for instance, a dairy

17   or feedyard or are they paying you to just take it

18   away?

19       A.    There's several different ways it's done.

20   Usually, a feedyard or dairy has to get rid of

21   their manure so they basically give it away for

22   free.  Now, how it leaves their yard could be

23   multiple different directions.  We can haul it out

24   of there, somebody else can come in, haul it out,

25   stockpile it on the fields, or the feedyards or



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                        785-273-3063                913-383-1131
                                    www.appinobiggs.com

1    spreading, you could have as many as three

2    tractors hooked up to a spreader?

3         A.    You have --

4         Q.    Or sorry.  Sorry.  One each, but you're

5    using all three spreaders?

6         A.    Correct.  That's -- that's correct.

7         Q.    And is the loaders -- or are the loaders

8    just used to load the spreaders with manure?

9         A.    Yes, they are.

10         Q.    How many loaders do you have?

11         A.    We currently have one.

12         Q.    Do you currently -- are you currently

13    using -- here, let me back up.

14         So with respect to the tractors at issue in

15    this lawsuit, there were five New Holland tractors

16    that were leased, correct?

17         A.    Correct.

18         Q.    Two of them have been returned at the

19    expiration of the lease, correct?

20         A.    Correct.

21         Q.    Are you using the remaining three for

22    spreading right now, or not?

23         A.    No, we are not.

24         Q.    Are you using other tractors for

25    spreading?



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612                     5111 SW 21st Street
                                 Topeka, KS 66604
                                 785-273-3063
                                 www.appinobiggs.com                 6420 W. 95th Street, Suite 101
                                                                     Overland Park, KS 66212
                                                                     913-383-1131

    1        A.    Not currently, no.

    2        Q.    **So currently, is there no spreading**

    3   **that's going on?**

    4        A.    Currently, there's no spreading going on.

    5        Q.    **And when we spoke just a second ago, you**

    6   **mentioned that the season is September to April?**

    7        A.    (Witness nods head.)

    8        Q.    **Has -- are we just at the tail end of the**

    9   **season and so there's no more spreading left or**

   10   **what's the reason, since we -- it is still April,**

   11   **what's the reason for that?**

   12        A.    We have declined a lot in our spreading

   13   business and we are actually looking to liquidate

   14   the business.

   15        Q.    **How long have you been looking to**

   16   **liquidate?**

   17        A.    We have been talking about it for a year,

   18   but as far as taking action we are just getting

   19   ready to start.

   20        Q.    **And when you say "taking action," do you**

   21   **have a buyer lined up?**

   22        A.    No, we are going to try to put things on

   23   auction.

   24        Q.    **So you're not going to be selling the**

   25   **business; you're just going to be selling the**



1    equipment?

2         A.    Correct.

3         Q.    What are -- what's the reasoning behind

4    liquidating?

5         A.    The manure spreading business is getting

6    worse, not lucrative, you can't make any money at

7    it.  Every person down there that goes and buys a

8    little $20,000 truck with a spreader on it, and

9    then they charge very low rates, and then you

10   can't make any money.

11        Q.    How soon do you expect to start putting

12   equipment on the market, or an approximate?

13        A.    I think we are going to try to get it on

14   an auction in May.

15        Q.    Is that there in Texas?

16        A.    No, it would have been nationwide like

17   BigIron.

18        Q.    Oh, okay.  All right.  And let's back up

19   a little bit.  With respect to G&C Custom

20   Chopping, LLC, what's the -- what's the makeup of

21   your workforce?  How -- so -- let me back up.

22        Are you an employee of G&C Custom Chopping,

23   LLC?

24        A.    Yes, I am.

25        Q.    What's your job title?



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1    Smith?

2         A.    His wife works for one of the dairies

3    that we chop for as a scale house lady.   And

4    Sterling used to work for a well company and drive

5    a semi, and they had a truck with a belt trailer

6    and we contracted them to haul silage for us and

7    Sterling was the driver and that's how we

8    originally met him.

9         Q.    Is he still -- I am assuming he's in West

10   Texas, correct?

11        A.    That is correct.

12        Q.    Is he still in the same area?

13        A.    That is correct.

14        Q.    Do you know why he left in December of

15   2017?

16        A.    The reason he gave us was he wanted to

17   have more time with his family due to the long

18   hours that we have.

19        Q.    Does either G&C or Farm Services do

20   contract trucking, as well, or not?   If someone

21   else says, "Hey, I need a load taken somewhere,"

22   do you guys say, "Okay, I'll -- we can do that, or

23   not?

24        A.    Griffiths & Coder Custom Chopping does

25   haul for other choppers.



```
1          Q.    Do you haul for anything else, other than
2    other choppers?
3          A.    We did haul some cottonseed, is what it
4    was.  And we have stockpiled manure also with the
5    trucks and trailers.
6          Q.    So would that kind of be the third maybe
7    -- we talked about custom silage harvesting,
8    swathing and hauling straw, then manure spreading,
9    and would that kind of be the fourth service that
10   you consider that -- that the company -- what
11   would --
12         A.    We have done it, but I wouldn't really
13   consider it a major service.
14         Q.    Are you actively doing any?
15         A.    No.  It's too hard on stuff.
16         Q.    So after you liquidate the manure
17   spreading operation, or manure spreading equipment
18   in the next few months --
19         A.    Uh-huh.
20         Q.    -- is the only real -- as far as
21   categories of services you guys are going to
22   provide, you're still going to do the custom
23   silage harvesting and you're still going to do the
24   swathing and hauling straw, but that's it?
25         A.    Yes.
```



1    would pop up, and you'd lose your ability for auto
2    steer.
3         Q.    So you said it happened during -- on all
4    five tractors in every field regardless of size as
5    long as you were doing the center -- the center
6    pattern, center-pivot pattern, and then it also
7    occurred during swathing.  Did it occur every time
8    you -- on every field that you swathed when you
9    did a center pattern?
10        A.    It did not occur on every field during
11   swathing; it was sporadic on the occurrences.
12        Q.    If you were to estimate how often during
13   a day of swathing that the error code would
14   appear, what -- what would you -- what would you
15   estimate?
16        A.    It's hard to estimate an exact during a
17   day.  Some days it would throw two or three times;
18   some days it wouldn't throw at all.  Just depend
19   upon the situation.
20        Q.    With respect to the center-pivot pattern
21   on large fields when the manure spreading
22   operation was -- or when manure spreading was
23   being performed, approximately how often would it
24   appear?
25        A.    What are you considering a large field?



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    what 40 used to do, but do more business?

2         A.    We basically used all contract-hired

3    trucking, and the packing part of it, we have

4    since done got someone to take over that and

5    they're purchasing the stuff from us.

6         Q.    What percentage of the 40 employees you

7    had in 2017 -- or just do approximate numbers.  Of

8    the 40 you had in 2017, how -- what percentage

9    performed trucking services for you or packing?

10        A.    The 26 H2-A employees did all trucking.

11   Packing-wise, we had five employees doing that.

12        Q.    When you -- when you liquidate all of the

13   manure spreading operation, all the equipment from

14   the manure spreading operation, are you just going

15   to essentially contact the Secretary of State's

16   website -- Secretary of State and just close out

17   G&C Farm Services, LLC or what's your intention

18   with respect to the LLC?

19        A.    That is our intention with respect to the

20   LLC is to close it.

21        Q.    One thing I'd like you to do for me

22   now --

23              MR. EDWARDS:  And we can just go ahead

24   and mark this as Exhibit 1.

25              MS. BELLQUIST:  I'm sorry --



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1      for.  If they are working doing stuff for

2      Griffitts & Coder, they are an employee of

3      Griffitts & Coder; if they're working doing solely

4      manure spreading for G&C, that's the employee of

5      G&C.

6           Q.   And so...

7           A.   Can one employee work for both?  Yes.

8           Q.   **So you have some employees that are**

9      **essentially paid by both LLCs?**

10          A.   Correct.

11          Q.   **And going back just to follow up to be**

12     **clear, the only manure spreading that was done, at**

13     **least from 2000-roughly-'13 -- or from 2015 moving**

14     **forward, the only manure spreading that was being**

15     **done was being done with G&C Farm Services, LLC,**

16     **not Griffitts & Coder Custom Chopping, correct?**

17          A.   That is correct.

18          Q.   **And during that same time frame, G&C Farm**

19     **Services, LLC --**

20               THE REPORTER:  Go a little big slower.

21               MR. EDWARDS:  Oh, I am sorry.  I

22     apologize.

23          BY MR. EDWARDS:

24          Q.   **During that same time frame, G&C Farm**

25     **Services, LLC performed no other work, other than**



Appino Biggs Reporting Service Inc.

Technology Specialists in today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1    the manure spreading.

2        A.    That is correct.

3        Q.    But when we talked earlier about the

4    number of employees operating equipment, that was

5    essentially a combination of Griffitts & Coder

6    Custom Chopping and G&C Farm Services?

7        A.    That was the employees that was operating

8    equipment for Custom Chopping, when we talked

9    earlier.

10       Q.    Okay.  How about the number -- same

11   question with respect to G&C Farm Services, then.

12   Let's start from 2015 going down.

13       A.    G&C Farm Services had usually four

14   employees working consistent throughout their term

15   season, one guy operating a wheel loader and three

16   tractor operators.

17       Q.    Over the -- and that's true for '15, '16,

18   '17, and '18?

19       A.    Correct.  That's true for all years.

20       Q.    Okay.  And currently, there -- is it true

21   -- is it fair to say there are no employees of G&C

22   Farm Services currently?

23       A.    Currently, at this time, there is no one

24   drawing a wage from G&C Farm Services today.

25       Q.    Were those four employees the same



Appino Biggs Reporting Service Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1    lawsuit?

2         A.    I cannot remember the exact dates, but it

3    would have been late in 2015, you know, from, say,

4    September to December, but I don't know the date.

5         Q.    **At that point in time, were you still up**

6    **in the air as to what brand, what kind, et cetera,**

7    **of -- and the amount, the number of tractors that**

8    **you were looking at either leasing or buying?**

9         A.    Yes.    At that time, we was talking to

10   several different dealerships about leasing

11   tractors.

12        Q.    **Was the decision always to lease the**

13   **tractors?**

14        A.    Yes.

15        Q.    **Why was that?**

16        A.    The decision to lease the tractors was

17   based on two things:    One, it's a tax break for us

18   better, because it's an off-writing expense versus

19   depreciation expense; and the tractors will

20   hundred-percent be under warranty throughout the

21   term of the lease.    So if you have a tractor the

22   full three years it's under warranty, you get rid

23   of it, you get three more tractors, four tractors,

24   five tractors, whatever the case may, they'll be

25   under a brand-new warranty.



800 E. 1st Street, Suite 305                5111 SW 21st Street                6420 W. 95th Street, Suite 101
Wichita, KS 67202                           Topeka, KS 66604                   Overland Park, KS 66212
316-201-1612                                785-273-3063                       913-383-1131
www.appinobiggs.com

1          Q.    So is it fair to say that with respect to

2     this transaction that involved Farm Credit at no

3     point did you ever intend to exercise the option

4     at the end of the lease to buy off -- to -- to

5     purchase the equipment?

6          A.    That's exactly why we went with walk-away

7     leases and not any other type of lease.

8          Q.    Is -- is that the case, with respect to

9     regardless of brand or model, you were going to

10    lease?

11         A.    Yes.

12         Q.    When -- approximately how many times did

13    -- did you and Lee or, to your knowledge, Brad and

14    Lee, communicate regarding the tractors before --

15    before the leases were executed and signed and you

16    guys got the equipment?

17         A.    I could not give you an exact number at

18    all, but it was lots.

19         Q.    Was it mostly by -- was it by telephone,

20    in person, text, emails; how did you guys

21    communicate?

22         A.    Phone calls.

23         Q.    Phone calls?

24         A.    Yeah.

25         Q.    How many times with respect to these



Case 2:18-cv-02300-DDC   Document 52-1   Filed 05/31/19   Page 40 of 97

```
 1    the Fendt tractor that you did end up taking

 2    possession of, did you end up paying 65 an hour or

 3    45 an hour for that?

 4         A.    We ended up paying 45 an hour, but it was

 5    on a 42-month deal, the 3600 hours, so --

 6    actually, it was for 4000 hours.  Pardon me.

 7         Q.    It was -- what was that?  I'm sorry.

 8         A.    It was a 42-month deal, but it was for

 9    1200 a year, and then the -- you know, it was a

10    half-a-year, so 36 plus --

11         Q.    Yeah.

12         A.    -- 600 was 4200 hours.

13         Q.    But it wasn't the 45-an-hour rate?

14         A.    It was 45-an-hour rate, or thereabouts.

15    It's not -- might have been within a dollar or

16    two.

17         Q.    And is it fair to say -- I think I saw in

18    the document production that the Livingston lease

19    you guys used AgDirect -- or Farm -- Farm Credit

20    Leasing on that, as well, for --

21         A.    That is correct.  We used the same --

22    AgDirect for the lease.

23         Q.    So with respect to when you went back to

24    Lee after the Fendt deal went south, did you have

25    all intentions of, if you were going to go with
```



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    these five tractors, you were going to use Farm

2    Credit or was that something that Lee proposed;

3    how did you come about using Farm Credit on the

4    leases of -- to finance the leases of these five

5    tractors?

6        A.    Lee found the financing on the five

7    tractors.

8        Q.    So did Lee present to you, "Here are your

9    different options," or did he -- did he go out and

10   shop at -- to your knowledge -- or did he go out

11   and shop at -- and say, "Here's where your best

12   bet is"?

13       A.    I gave Lee a parameter of where I wanted

14   to be at price-wise, and then what he did with

15   that I don't know.  And that's when Lee and I

16   talked about the full warranty, the dealership

17   covered all fluid changes, dealership did all the

18   mechanic and -- and if a tractor breaks down, if

19   it cannot be fixed within 24 hours, I would have a

20   replacement available.

21       Q.    So all -- so the -- so the deal with Lee,

22   then, was -- you said covered all fluid changes?

23       A.    Correct.  Fluid and filters.

24       Q.    Okay.  Then the second part was what?

25   You had three things you said.  The first one was



1    **fluid and filter changes.  The second was --**

2         A.    Full three-year warranties, life of the

3    lease.

4         **Q.    Then going back to --**

5         A.    If there's a breakdown --

6         **Q.    Uh-huh.**

7         A.    -- if it cannot be fixed within 24 hours,

8    a loaner tractor would be provided.  Because

9    that's the exact same deal we got with Fendt and

10   the exact same deal Fendt was offering.

11        **Q.    And I think there was a -- did you also**

12   **say that he was going to cover all mechanical?**

13        A.    He did all the mechanicing.

14        **Q.    So that would be the third point of what**

15   **we talked about --**

16        A.    Yeah, the second with the full warranty.

17   I mean --

18        **Q.    Oh, yeah.**

19        A.    -- the full warranty, he covered all the

20   mechanical.

21        **Q.    Okay.  Was there a -- well, here, let me**

22   **-- here we go.  Couldn't find it.  It was the very**

23   **first thing.**

24              (THEREUPON, CODER Deposition Exhibit

25   No. 22 was marked for identification.)



Case 2:18-cv-02300-DDC   Document 52-1   Filed 05/31/19   Page 43 of 97

1          BY MR. EDWARDS:

2          Q.    Mr. Coder, I'm handing you what's been

3    marked as Deposition Exhibit No. 22.  Please take

4    a look at both of these documents and let me know

5    once you've had a chance.

6          A.    (Witness complies.)  Okay.  I have looked

7    at both documents.

8          Q.    It's my understanding that the first

9    document -- or first page of this -- of Exhibit 22

10   is the Bill of Sale related to the -- the four --

11   or related to four of the tractors that I believe

12   would be GC1, 2, 4, and 5, and the second page is

13   the Bill of Sale related to GC3; is that correct?

14         A.    That is correct.  They are related to the

15   sale.

16         Q.    And so is the reason they are on separate

17   -- separate documents -- was the -- was the GC3

18   kind of an afterthought a little bit -- and

19   "afterthought" may not be -- at the time you

20   signed the Bill of Sale on the first page, had you

21   still not made your decision with respect to the

22   -- to GC3 that's on the second page?

23         A.    That is correct.

24         Q.    And what caused you to ultimately decide

25   to go with GC3 on the second page about a month-



1    and-a-half later or two months later?

2         A.    The reason we went with that is because

3    we had purchased another spreader from John Deere

4    and needed another tractor.

5         Q.    You mentioned the additional warranty

6    with Lee.

7         A.    Uh-huh.

8         Q.    If you go to the -- it's the same box on

9    both pages where it says it's -- on the left-hand

10   side maybe about two-thirds of the way down, it

11   says:  Standard basic two-year, 200,000 (sic)-hour

12   plus extended to four-year 400,000 hour, Agri

13   Center to take care of all fluid changes while

14   under warranty.  That's on the first page.

15        Then the second page has essentially -- well,

16   it just says:  Standard basic warranty, two-year,

17   2000-hour plus extended warranty to five years,

18   5000 hours, Agri Center to take care of all fluid

19   changes while unit is in lease term.

20        Is that the warranty that -- the additional

21   warranty you're talking about that Lee agreed to?

22        A.    That's part of the original -- or the

23   extended warranty he agreed to.

24        Q.    So is there any other document -- I just

25   want to make sure that if there's something out



4/9/2019                **TIMOTHY LEE CODER**                     **111**

1   there that says, "Here's everything Lee agreed

2   to" --

3        A.    No, there is no other document --

4        Q.    So it was --

5        A.    -- it was all agreed to verbally.

6        Q.    I'm sorry.

7              THE REPORTER:  I didn't hear the end of

8   what you said.

9              THE WITNESS:  It was all agreed to

10  verbally.

11             BY MR. EDWARDS:

12       Q.    And so if I wanted to know the terms of

13  what was agreed to, I could look in part to this,

14  but then I would have to ask you and Brad and Lee

15  what you agreed to, essentially?

16       A.    That is correct.

17       Q.    Was Brad part of that discussion or was

18  it just you and Lee and then you would relay to

19  Brad what you agreed to?

20       A.    Brad has always been privy to the

21  discussion.  I do not recall if he was exactly on

22  the phone at the time Lee and I had spoke about

23  it, but he was always privy to the conversation.

24       Q.    Do you know if Lee -- or, well, sorry.

25             Did Lee ever tell you whether or not CNH was



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    aware of this additional agreement?

2        A.    Lee and I had spoke about the additional

3    agreement, and it was my understanding that CNH

4    was aware of it.

5        Q.    Do you know, did Lee specify who at CNH

6    was aware of it?

7        A.    No, he did not specify anyone to me.

8        Q.    Do you know approximately -- well, this

9    agreement -- or sorry, this Bill of Sale was

10   signed -- the first page was January 23rd, 2016,

11   the second page was March 24th, 2016.  Was this

12   oral agreement between you and Lee reached prior

13   to the -- it obviously had to have been prior to

14   the first page, because part of that agreement was

15   referenced in the Bill of Sale, correct?

16       A.    Correct.  It was -- it was achieved

17   before these were signed.

18       Q.    And when, to the best of your knowledge,

19   did you go back to Agri Center after the

20   Livingston deal fell through; would that have been

21   early January 2016 or would it still have been in

22   2015, if you recall?

23       A.    It would have been early January 2016, to

24   the best of my knowledge.

25       Q.    So the oral agreement we're talking about



1    would have been reached between you and Lee

2    sometime between early January and then the date

3    this was signed, the first page?

4        A.    Correct.

5        Q.    It's your understanding, though, that

6    this oral agreement was between you and Agri

7    Center -- or sorry, G&C and Agri Center and CNH

8    was not a party to the additional warranty,

9    correct?

10            MS. BELLQUIST:  Objection to the form.

11       A.    I have no idea what CNH was privy on the

12   discussions on their end.

13       BY MR. EDWARDS:

14       Q.    In any event, with respect to this

15   additional warranty, you were not talking about it

16   with -- you didn't have any discussions in January

17   2016 with anybody at CNH about this additional

18   warranty, correct; it was just Lee?

19       A.    Correct.  I didn't have a discussion with

20   anybody at CNH.

21       Q.    With respect to this additional warranty,

22   was it -- with Agri Center, was it your

23   understanding that it would cover -- so we have

24   the three -- the three, essentially, categories;

25   it would cover all fluid or filter changes, be a



800 E. 1 st Street, Suite 305       5111 SW 21 st Street       6420 W. 95 th Street, Suite 101
Wichita, KS 67202       Topeka, KS 66604       Overland Park, KS 66212
316-201-1612       785-273-3063       913-383-1131
www.appinobiggs.com

1    full three-year warranty covering all mechanical

2    issues, and that it was -- if a breakdown was not

3    fixed within 24 hours, Lee was going to get you a

4    replacement (sic), correct?

5         A.    A loaner would be provided --

6         Q.    Oh, sorry.  A loan -- a loaner.

7         A.    -- not a replacement.

8         Q.    Yeah.  Thank you.  Did you guys talk

9    about what -- was there any additional benefit to

10   Lee -- like did you guys agree to an increased

11   price for the purchase of the tractor?

12        A.    I gave him the parameters to what I was

13   looking for and he put his own price together, so

14   how he came up with that, I don't know.

15        Q.    So there was no discussion between you

16   and Lee of, "If you do this, if you agree to this

17   additional warranty, I will pay you an extra "X"

18   dollars on the purchase"?

19        A.    There was no agreement that way.  There

20   was no talk of that way.  I laid out what I was

21   looking for and what I wanted and then he come up

22   with the price.  So how he calculated his price or

23   come up with how he was going to handle it, or

24   anything like that, it was all on his end.

25        Q.    Was the discussion between you and Lee



 1    also -- let me -- was this a proposal of, "Will

 2    you give me this additional warranty," or was it,

 3    "We're not going to do business with you unless

 4    you give me this additional warranty"?

 5         A.    That was the lines laid out as far as

 6    what I was going to do to do business.  That's

 7    what I needed to happen.

 8         Q.    So if -- if Lee said, "I can't do these

 9    three categories of the additional warranty you're

10    wanting," then you would have gone elsewhere?

11         A.    I mean, it's a -- it's a very speculative

12    question.  There's -- the -- it was never raised.

13    He agreed to what I said, and I have no idea what

14    could have happened.

15         Q.    Well, was it -- you were requiring it,

16    though, correct?

17         A.    Correct.  The question was never raised

18    of, "What if we can't" or "What if we don't"; it

19    was just, "Okay, we can do that," so...

20         Q.    And were you requiring this because

21    that's what Fendt was promising?

22         A.    Yes.

23         Q.    So is it fair to say -- I'm just trying

24    to get my mind around this.  You essentially took

25    what Fendt was going to give you from a warranty



Technology Specialists in Today's Complex Litigation

800 E. 1ˢᵗ Street, Suite 305          5111 SW 21ˢᵗ Street          6420 W. 95ᵗʰ Street, Suite 101
Wichita, KS 67202                      Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                           785-273-3063                 913-383-1131
                                       www.appinobiggs.com

1    perspective and said, "Lee, you need to do "this?

2         A.    Correct, that's what we did.

3         Q.    Okay.  Did you ever communicate directly

4    with Farm Credit during January 2016 to -- I think

5    the last lease was signed in May 2016 or were all

6    communications to and from Farm Credit going

7    through Lee with respect to the lease of these

8    five tractors?

9         A.    I did communicate with Farm Credit

10   directly during the term of the lease.

11        Q.    Not -- I'm not asking during the term of

12   the lease; I'm asking from January 2016 through

13   May of 2016 when these leases were ultimately

14   signed, like leading up to I guess from when you

15   approached Lee about, "Hey, Fendt fell through,

16   let's talk again," through the date that the last

17   lease was signed in May of '16, so January through

18   May of '16.  Did you communicate with Farm Credit

19   during that time regarding these tractors or did

20   Lee handle -- I know that you said that Lee

21   proposed Farm Credit, but did Lee handle

22   everything and was he just the go-between or did

23   you, at that point in time, or Brad, to your

24   knowledge, communicate directly with Farm Credit

25   regarding these leases?



```
1        A.    We did not connect with Farm Credit
2   directly; Lee was the go-between on the financing
3   of the tractors and most all the paperwork was
4   done via email.
5        Q.    Where Lee was emailing you?
6        A.    Yes.
7        Q.    So you -- so just to be perfectly clear,
8   from January to May of '16, you didn't and, to
9   your knowledge, Brad didn't have any phone calls,
10  emails, texts or in-person meetings with Farm
11  Credit regarding these five tractors.
12       A.    That is correct.
13             MR. EDWARDS:  It's 11:30.  Let's -- if
14  you're okay with it, let's take a break for lunch
15  and come back at 12:30, and while I'm at lunch
16  I'll try to get some of this stuff streamlined so
17  we can maybe start plowing through some stuff,
18  so...
19             MS. BELLQUIST:  Okay.  Sounds good.
20             (THEREUPON, a lunch break was taken.)
21       BY MR. EDWARDS:
22       Q.    So Mr. Coder, just to kind of go back
23  where we left off before lunch, I just want to
24  make sure I laid proper foundation for Exhibit No.
25  22.  You would agree with me, wouldn't you, that
```



1    -- here, there's your copy of Exhibit No. 22.  The

2    first page is the Agri Center Bill of Sale related

3    to what you referred to as Tractors GC1, 2, 4, and

4    5, correct?

5        A.    Correct.

6        Q.    And you signed it, as well as Brad

7    Griffitts signed it, on January 23rd, 2016,

8    correct?

9        A.    Correct.

10       Q.    Then the second page is the Agri Center

11   Bill of Sale for what we have been talking about

12   as Tractor GC3, which you signed it and Brad

13   signed it on March 24, 2016, correct?

14       A.    That is correct.

15       Q.    Just to close the gap on what we talked

16   about with respect to the additional warranty that

17   was the agreement between you, on behalf of G&C,

18   and Lee File, on behalf of Agri Center, other than

19   than you mentioned that Lee -- that you thought

20   you recalled Lee saying that he had told someone

21   at CNH about it, you have never -- you had never

22   had a discussion with CNH in January 2016

23   specifically about that additional warranty,

24   correct?

25       A.    That is correct.  I did not talk to CNH



Case 2:18-cv-02300-DDC   Document 52-1   Filed 05/31/19   Page 53 of 97

1    corporate.

2        Q.    And you also never had any email

3    exchanges or signed any written agreements with

4    CNH related to that additional agreement with Lee,

5    correct?

6        A.    That is correct.

7        Q.    Is there any -- are there any terms to

8    that agreement with the additional agreement with

9    Lee other than the three things that we talked

10   about, being the -- that Agri Center would cover

11   all fluid and filter changes on the tractors, they

12   would provide a three-year full warranty covering

13   all mechanical aspects of the tractors, and three,

14   that if there was a breakdown on one of the

15   tractors that was not fixed within 24 hours that

16   Agri Center would provide you a loaner, was that

17   the entire -- all of the terms of that additional

18   agreement?

19            MS. BELLQUIST:   Object to form.

20       BY MR. EDWARDS:

21       Q.    You can answer.

22            MS. BELLQUIST:   And foundation.

23       A.    The -- that was the additional stuff,

24   besides what we ordered on the tractors.  I mean,

25   whatever the tractors were spec'd out to be was --



1    (witness nods head).

2        BY MR. EDWARDS:

3        Q.    Absolutely.  But -- but the additional

4    agreement just were those three terms, correct?

5        A.    Correct.  That would be the additional

6    three terms.

7        Q.    Okay.  I'm going to hand you, Mr. Coder,

8    what's been marked as...

9              (THEREUPON, an off-the-record discussion

10   was had; WHEREUPON, CODER Deposition Exhibit No 23

11   was marked for identification.)

12       BY MR. EDWARDS:

13       Q.    Hand you what's been marked as Exhibit

14   No. 23.  Take a quick look at -- or take a look

15   at that and let me know once you've had a chance

16   to look it over.

17       A.    (Witness complies.)

18             MR. EDWARDS:  There you go.

19             THE WITNESS:  Yes, I have looked it over.

20       BY MR. EDWARDS:

21       Q.    Exhibit No. 23 is the Commercial

22   Equipment Lease Agreement dated January 28, 2016

23   for the tractor with the Serial No. 5239, correct?

24       A.    Yes, that is correct.

25       Q.    And you signed it -- if you go back to



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    the last page, you -- it looks like you and Brad

2    both signed it on February 3rd, 2016, correct?

3         A.    That is correct.

4         Q.    Okay.  I'm just going to introduce all of

5    the ex -- or all of the leases at this point in

6    time just so we have them in the record.

7              MR. EDWARDS:  And Diane, I know we have

8    one of these leases that was offered last week,

9    but because I don't have a formal copy of it I'm

10   just -- I'm introducing them all.

11             MS. BELLQUIST:  That's fine.

12             MR. EDWARDS:  Well, and I hate having

13   multiple copies of the same document, but I just

14   want to be real clear.

15             MS. BELLQUIST:  Sure.

16             (THEREUPON, CODER Deposition Exhibit

17   No. 24 was marked for identification.)

18        BY MR. EDWARDS:

19        Q.    Mr. Coder, I'm handing you what's been

20   marked as Deposition Exhibit No. 24.  Please take

21   a look at that document, let me know once you've

22   had a chance.

23        A.    (Witness complies.)  Okay.

24        Q.    Exhibit No. 24 is the Commercial Lease

25   Agreement with Farm Credit dated January 28, 2016



Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1    with respect to the tractor ending in Serial No.

2    6025; is that correct?

3         A.   That is correct.

4         Q.   And you signed -- well, for what it's

5    worth, it appears that we are actually missing the

6    second page of this lease.  I inadvertently --

7    unless your -- does your -- do you have four pages

8    or just three?

9         A.   I have four.

10        Q.   You do?  Okay.  My copy apparently only

11   has three.

12        Okay.  But you signed -- you and Brad both

13   signed this agreement on February -- also on

14   February 3rd, 2016, correct?

15        A.   According to what I am reading here, it

16   says the lease commencement's date was 2-dash-3.

17   Whether -- that's not my writing putting the date

18   in.

19        Q.   Okay.  In any event, it's dated -- it's

20   dated that, correct?

21        A.   It's -- it is dated, correct.

22        Q.   Okay.  Okay.  Mr. Coder, I'm handing you

23   what's been marked as Deposition Exhibit No. 25.

24             (THEREUPON, CODER Deposition Exhibit

25   No 25 was marked for identification.)



1      BY MR. EDWARDS:

2           Q.   Please take a look at that and let me

3      know once you've had a chance to get all the way

4      through it.

5           A.   Ready to go.

6           Q.   Exhibit No. 25 is a Commercial Lease

7      Agreement with Farm Credit Leasing dated March

8      21st, 2016 for the tractor ending in Serial No.

9      2091, correct?

10          A.   Correct.

11          Q.   And it -- on the final page, it appears

12     that you and Mr. Griffitts both signed this lease

13     and whether or not you signed it on this date, or

14     not, it's at least -- the last page is dated March

15     22nd, 2016?

16          A.   That would be a correct statement.

17               (THEREUPON, CODER Deposition Exhibit

18     No. 26 was marked for identification.)

19          BY MR. EDWARDS:

20          Q.   Mr. Coder, I'm handing you what's been

21     marked as Deposition Exhibit No. 26.  Please take

22     a look at that and let me know once you have had a

23     chance to get all the way through it.

24          A.   Okay.

25          Q.   Exhibit No. 26 is a Commercial Lease



1    Agreement Farm Credit Leasing dated April 29, 2016

2    for the tractor ending in Serial No. 2009; is that

3    correct?

4        A.    Correct.

5        Q.    And both you and Brad Griffitts signed

6    the last page of this agreement and the date on

7    the last page is March 3rd (sic), 2016; is that

8    correct?

9        A.    That is correct.

10             MS. BELLQUIST:  You said March 3rd.

11             MR. EDWARDS:  I'm sorry, I -- May 3rd.

12    May 3rd.  Thank you.

13             MS. BELLQUIST:  Uh-huh.

14        BY MR. EDWARDS:

15        Q.    It's dated May 3rd, correct?

16        A.    That would be the correct.

17             MR. EDWARDS:  My apologies.  Thanks for

18    clarifying.

19             MS. BELLQUIST:  Uh-huh.

20             (THEREUPON, CODER Deposition Exhibit

21    No. 27 was marked for identification.)

22        BY MR. EDWARDS:

23        Q.    Mr. Coder, I'm handing you what's been

24    marked as Deposition Exhibit No. 27.  Please look

25    it over and let me know once you have had a chance



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1   to do so.

2       A.   Okay.  Ready.

3       Q.   Exhibit No. 27 is a Commercial Lease

4   Agreement with Farm Credit Leasing dated April 29,

5   2016 for the tractor ending in Serial No. 2010; is

6   that correct?

7       A.   That is correct.

8       Q.   And you and Brad Griffitts signed the

9   last page of this agreement with the last page

10  containing the date May 3rd, 2016; is that

11  correct?

12      A.   That is correct.

13      Q.   So before lunch, you mentioned that from

14  January through May 2016 that all of the

15  communication with Farm Credit related to these

16  tractors and these leases went through Lee File at

17  Agri Center, it wasn't between you or Brad

18  Griffitts and Agri Center; is that correct?

19      A.   That is correct.

20      Q.   Are you aware of what was said or

21  communicated between Lee and Farm Credit in those

22  -- in his communications with them?

23      A.   No, I'm not aware of his communications.

24      Q.   If you go back to Exhibit No. 22, which

25  is his -- which is the two Agri Center Bills of



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305       5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                  Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                       785-273-3063               913-383-1131
                                   www.appinobiggs.com

1    foundation.

2         A.    I would agree it appears to be a standard

3    form.

4         BY MR. EDWARDS:

5         Q.    In any event it's not, it's certainly not

6    Griffitts & Coder's document, correct?

7         A.    That is correct.

8         Q.    What were the specifications -- if I

9    recall your testimony before lunch, it was that

10   you told Lee File, "Here are the" -- I think your

11   exact words were, "Here are the parameters for the

12   tractors that we're looking for," and essentially,

13   "Can you make it happen"?  Is that -- is that -- I

14   know it's my words, not yours, but is that

15   essentially a fair summary of what you kind of

16   told Lee?

17        A.    Yes, that is a fair summary.

18        Q.    What were the parameters, to the best of

19   your knowledge?

20        A.    The tractors had to be 300 horsepower or

21   greater, had to have a front three-point and PTO,

22   and they had to have full warranty through the

23   term of the lease, all the fluids and filters

24   changed by them and the 24-hour rule, if it

25   couldn't be fixed in 24 hour there had to be a



800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                        785-273-3063                913-383-1131
                                    www.appinobiggs.com

1   loader tractor provided.

2        Q.   And so the last three things you

3   mentioned were the additional Warranty Agreement

4   that you and Lee reached orally, correct?

5        A.   Correct.

6        Q.   Was there a price point that you said it

7   has to be?

8        A.   Yes.   I wanted it to be between 40 and

9   $45 an engine hour and around 1200 year -- hours

10  per year.

11       Q.   And did you also want roughly three-year

12  warranty -- or sorry, a three-year lease?

13       A.   Terms of the lease far as the length,

14  three years was what was given to us.   It could

15  have been five, could have been one, as long as it

16  met all the parameters.

17       Q.   So outside of -- just a second.   Sorry.

18  Outside of what we just talked about there, the

19  parameters, was there anything else you told Lee

20  that this -- you know, "Here's what we are looking

21  for in -- with respect to this lease"?

22       A.   Not to my knowledge, there was nothing

23  else.

24       Q.   Did Lee ever show you anything -- did he

25  have a -- like for instance, the -- the lease



800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                        785-273-3063                913-383-1131
                                    www.appinobiggs.com

1        A.    It would have been after.

2        Q.    Do you recall when it was that you first

3    saw the -- we'll just pick, for instance, Exhibits

4    No. 23 and 24, which were the first two that were

5    signed, the first two Lease Agreements with Farm

6    Credit that were signed.  Do you recall when it

7    was that you first saw those agreements before

8    signing them?

9        A.    It would have been a short time period,

10   between five to seven days, between then and that

11   date; could have been the day before, could have

12   been five days before.

13       Q.    Did you -- how were you provided with

14   these unsigned Lease Agreements?

15       A.    Email.

16       Q.    And was that email from Lee?

17       A.    Yes.

18       Q.    So looking just, for example, at Exhibit

19   No. 23 and 24, it appears that of the parameters

20   you gave Lee, as far as what -- what are those

21   parameters and what was -- and what's in these

22   Lease Agreements versus what's just in Farm

23   Credit's standard Lease Agreement, the equipment

24   description would obviously -- and Serial number

25   would be some -- would be part of the parameter,



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1   because that describes what kind of tractor you're

2   getting, correct?

3        A.    That is correct.

4        Q.    The max annual usage would be one of --

5   one of your requirements, because you said it had

6   to be approximately 1200 hours, correct?

7        A.    That would be correct.

8        Q.    The excess usage rate of 40 an hour, that

9   would -- that would be a -- one of the parameters,

10  because I think it actually works out to that's

11  how much your -- each hour of usage was, correct,

12  in the contract?

13       A.    The excess usage rate was not a

14  parameter; that's just what came as the Lease

15  Agreement.

16       Q.    Then the rental payment down in the

17  second part, the second box, that would be a --

18  that would be one of the parameters, correct?

19       A.    What are you specifying as a "parameter"

20  on the lease payments --

21       Q.    Well, when you gave Lee, "Here's what --

22  here's what I need -- "I'm trying to differentiate

23  between what in here is what you want -- what G&C

24  wanted in the agreement and what in this agreement

25  is just, "Here's what AgDirect did, here's what's



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    the standard form contract for AgDirect."

2        A.    This Lease Agreement met the parameters

3    of the price range, what we wanted to pay per

4    hour.

5        Q.    Did you have any edits or revisions to

6    the Lease Agreement once it was provided to you?

7        A.    No, we did not.

8        Q.    And you said you thought it was

9    approximately seven days from the first time that

10   Lee sent you this unsigned agreement versus when

11   you signed it; do you know what caused that delay?

12       A.    It could have been -- of factors, many

13   things that might have taken me two or three days

14   to get the email downloaded and printed off.   I

15   mean, I'm not specific on the date; it could have

16   been the day of, could have been between seven

17   days beforehand.

18       Q.    Do you recall -- and so if we go to --

19   for instance, let's go to Exhibit No. 23 and go to

20   the last page.

21       A.    23?

22       Q.    Yeah.

23       A.    (Witness complies.)

24       Q.    They are all the same, as least I believe

25   they are, but...



Specializing in today's Complex Litigation

800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1     There are two sets of signature blocks on the

2  last page of Exhibit No. 23, correct?

3     A.    That is correct.

4     Q.    And it appears to me by reading the

5  second set of signature blocks that that's upon

6  delivery of the equipment you signed that box,

7  correct?

8     A.    We signed the back page all at the same

9  time.

10    Q.    And that's what I was trying to get.  I

11 wasn't sure if there was -- again, I was trying to

12 just -- I'm trying to think procedure of how this

13 went down.

14    A.    Uh-huh.

15    Q.    -- so --

16    A.    But I know the signature by Farm Credit

17 was not on the forms we signed.

18    Q.    Have you ever spoken with someone named

19 Amy Wong before?

20    A.    No, I have not.

21    Q.    And again, as of the dates that you had

22 signed each of these five agreements, you hadn't

23 communicated directly with Farm Credit at that

24 point in time, because everything went through

25 Lee, right?



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                    Topeka, KS 66604              Overland Park, KS 66212
316-201-1612                         785-273-3063                 913-383-1131
                                     www.appinobiggs.com

1     A.    That is correct.

2     Q.    **Did you pick up the equipment at Agri**

3  **Center in Hutch or was the equipment delivered to**

4  **you?**

5     A.    The equipment was delivered to us on site

6  in Muleshoe.

7     Q.    **So you then would have probably signed**

8  **this agreement and the emailed it back to Lee; is**

9  **that how it worked?**

10    A.    We signed the -- the lease prior to the

11 equipment delivery.

12    Q.    **But in any event, you signed it in**

13 **Muleshoe and then emailed it back; is that how it**

14 **went?**

15    A.    Correct.   We emailed it back and then we

16 also mailed the original.

17    Q.    **Okay.   And you have mentioned -- and I'm**

18 **sorry if I just asked this question.   My questions**

19 **are running together now.**

20       **You said you signed it all at once on the**

21 **back page; that's with respect to all five leases,**

22 **correct?**

23    A.    That is correct.

24    Q.    **To your knowledge, was Farm Credit ever**

25 **advised of the additional Warranty Agreement**



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1    between G&C and Lee File at Agri Center?

2        A.    I have no knowledge of that.

3        Q.    (Counsel speaking inaudibly.)  We are

4    moving through this, Mr. Coder.

5        A.    Sounds good.

6              MS. BELLQUIST:  While you do that, I'm

7    going to close her door because you can hear --

8              MR. EDWARDS:  Okay.

9              (THEREUPON, an off-the-record discussion

10   was had; WHEREUPON, CODER Deposition Exhibit No. 28

11   was marked for identification.)

12             BY MR. EDWARDS:

13       Q.    Mr. Coder, I'm handing you what's been

14   marked as Exhibit No. 28.  Please take a look at

15   it and let me know once you have had a chance to

16   look through it.

17       A.    (Witness complies.)  Okay.

18       Q.    It appears that Exhibit No. 28 is a New

19   Holland Protection Plan Quote dated -- or -- and

20   it's Quote No. 125 -- sorry, 1523097 for one of

21   the two original tractors that was leased, either

22   GC1 or GC2; is that correct?

23       A.    I really don't know if this pertains to

24   GC1 or 2.  I don't see the Serial number on it.

25       Q.    Based on the time frame --



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1        A.    That is correct.

2        Q.    Now, are you aware of whether there were

3    any additional protection plans that were signed

4    by either you or Brad for the later three

5    tractors?

6        A.    I am completely unaware of that.

7        Q.    Okay.  I just was -- I was just trying to

8    figure it out, because I -- I didn't see any more

9    and I was just wondering, quite frankly.

10       A.    (Witness nods head.)

11       Q.    So I'd like to talk really quickly -- I

12   think -- I think we've covered it, but I want to

13   make sure we're on the same page.  These five

14   tractors between Griffitts & Coder Custom

15   Chopping, LLC and G&C Farm Services, what were the

16   -- describe for me the uses of these five tractors

17   between those -- these two entities.

18       A.    The uses of the tractors were whatever

19   deemed necessary at the time for that company.  If

20   one was needed to spread manure, that's what the

21   tractor was used for was to spread manure.  If it

22   was needed to swath, that's what it was used for

23   is to swath.

24       Q.    But were the only two uses manure

25   spreading and swathing?



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1      A.    No.   We did some maintaining of our

2    ground, our campsites, and stuff like that.   We'd

3    used box blades on them, we'd use mowers on them,

4    keep -- to upkeep everything.   We used them for

5    just pretty much anything that they needed to be

6    used for.

7      **Q.    So when you say "maintaining campsites,**

8    **is that when you guys are out during season, you**

9    **have a -- kind of the traveling campsite?**

10     A.    Yeah, we got a house and a campsite down

11   there that we maintain the properties with.

12     **Q.    Is the -- is it a -- is it a house that**

13   **either you or Brad or one of the entities owns or**

14   **do you just rent it?**

15     A.    It's owned by the entity.

16     **Q.    Which entity?**

17     A.    Griffitts & Coder.   And the campsite is

18   rented from one of the dairies we chop up.

19     **Q.    So the house is owned by -- by Griffitts**

20   **& Coder Custom Chopping, LLC.**

21     A.    Correct.

22     **Q.    And does it also operate as the Texas**

23   **headquarters?**

24     A.    It was the home address for the mailing

25   address of most of the G&C Farms, you know, bank



1    statements, stuff like that.

2        Q.    And then would you and -- would you and

3    Brad live there during the season?

4        A.    Brad lived there the first year with his

5    family.

6        Q.    What was the house used for after that?

7        A.    After his family moved back to Kansas, he

8    and I use it during seasons.

9        Q.    Do any employees use it?

10       A.    Yes.

11       Q.    How many employees?

12       A.    Depending on who's there, one to three.

13       Q.    And then you've mentioned that -- and so

14   the house -- the house is Griffitts & Coder Custom

15   Chopping, LLC that's owned and then you have a

16   campsite?

17       A.    Correct.

18       Q.    How far from the house is the campsite?

19       A.    As the crow flies, eight miles; to get

20   there via road, about 20.

21       Q.    And you said the campsite is leased?

22       A.    It's rented.

23       Q.    And it's rented from a local dairy, you

24   said?

25       A.    Yes.



1      Q.    Is that a written rental agreement or is

2   it just oral?

3      A.    It's oral.

4      Q.    And who is the rental agree -- the oral

5   rental agreement between?

6      A.    Evergreen Dairy and Brad and I.

7      Q.    What -- presumably there are rental

8   payments made for the campsite, correct?

9      A.    Correct.

10     Q.    What checking account is that coming out

11  of?

12     A.    Griffitts & Coder.

13     Q.    Custom Chopping, LLC.

14     A.    Correct.

15     Q.    So you -- you mentioned that -- and I

16  just want to get -- I'm trying to get the entire

17  universe of the uses of this -- of these five

18  tractors.  So we've got spreading manure, and that

19  would be under G&C Farm Services, LLC, correct?

20     A.    Correct.

21     Q.    Then you have swathing, which would be

22  under Griffitts & Coder Custom Chopping, LLC.

23     A.    Correct.

24     Q.    Then you have maintaining the campsite

25  and mowing around the house, which would be a



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    combination prob -- well, either -- either

2    Griffitts & Coder Custom Chopping, LLC or a

3    combination of Griffitts & Coder Custom Chopping,

4    LLC and G&C Farm Services, LLC, correct?

5           MS. BELLQUIST:  Objection to form and

6    foundation.

7        A.    Personal use, to maintain what we have?

8        BY MR. EDWARDS:

9        Q.    But in any event, the house is owned by

10   Griffitts & Coder Custom Chopping, LLC.

11       A.    That's who it's titled through.

12       Q.    And the campsite is paid for out of the

13   Griffitts & Coder Custom Chopping, LLC bank

14   account.

15       A.    It's a dollar.

16           THE REPORTER:  It's what?

17           THE WITNESS:  A dollar a year.

18       BY MR. EDWARDS:

19       Q.    How did you get a dollar-a-year rent?

20       A.    What we did was is we asked them when we

21   first showed up down there if we could set up a

22   base area, and they gave us a corner off of one of

23   their circles, which basically constitutes about

24   ten acres that had a structure on it for a shop

25   and then we went in and put in camping hookups for



     1    trailers and cleaned the whole area up and put

     2    caliche down everywhere, made it nice and pretty

     3    and beautiful, killed all the weeds, maintained it

     4    up nice.  And for the first two years, there was

     5    no agreement with us and the dairy, it was verbal,

     6    that we could just use it, but then they wanted to

     7    do a $1-a-year rent, I assume to protect their

     8    interest.  I'm not a lawyer, so I'm not real sure

     9    what the --

    10        Q.   My guess is probably they didn't want

    11    adverse possession, but...

    12        A.   Couldn't tell you.  I don't know.

    13             THE REPORTER:  I couldn't hear you.  I'm

    14    sorry.

    15             MR. EDWARDS:  Oh, I -- I said, my guess

    16    is, is probably because they didn't want adverse

    17    possession, but...

    18        BY MR. EDWARDS:

    19        Q.   Other than what we just talked about

    20    right there, were there any other uses of these

    21    five tractors?

    22        A.   We do use the five tractors and the

    23    chopping business with some trailers occasionally,

    24    to pull trailers that haul silage.

    25        Q.   So you will use the tractors to haul



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1   something else?

2        A.   Silage, yeah.  Yup.

3        Q.   **Now, hauling silage for Griffitts & Coder**

4   **Custom Chopping, LLC.**

5        A.   Correct.

6        Q.   **So now we've got spreading manure,**

7   **swathing, maintaining the campsite and the house**

8   **and then hauling silage.  Is there -- were there**

9   **any other uses of the tractors, other than that?**

10       A.   Nothing really comes to mind that I can

11  think of, no.

12       Q.   **So is it fair to say that these tractors**

13  **were only being used either for Griffitts & Coder**

14  **Custom Chopping, LLC or for G&C Farm Services,**

15  **LLC?**

16       A.   I don't know what you consider the use of

17  the tractors for maintaining the areas and

18  personal use to keep everything nice.  I mean,

19  there's no income made with them.  It's not

20  charged out to anybody.

21       Q.   **And so you're referring to the**

22  **maintaining the campsite and mowing around the**

23  **house?**

24       A.   Yes.

25       Q.   **But the spreading manure, the swathing**



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    and the hauling silage was either for Griffitts &

2    Coder Chop -- Custom Chopping, LLC or G&C Farm

3    Services, correct?

4         A.    Correct.  For income.

5         Q.    **Were there ever any payments from either**

6    **you or from Brad to G&C Farm Services, LLC or**

7    **Griffitts & Coder Custom Chopping, LLC for use of**

8    **the tractors?**

9         A.    Nothing documented that I am aware of,

10   no.

11        Q.    **Question for you regarding the Bill of**

12   **Sale and regarding the leases with Agri Center,**

13   **the -- if you look at the -- if you look at any**

14   **of the leases, it says:  Griffitts & Coder Custom**

15   **Chopping, LLC, Tim Coder, Bradley Allen Griffitts,**

16   **lessee, a Kansas, LLC.**

17        **Did you -- I'm assume -- did you ever tell**

18   **Lee File, "Tim and I want to" -- or sorry, "Brad**

19   **and I want to individually be identified as**

20   **lessees"?**

21        A.    No.  That was required by them.

22        Q.    **"Them" being Farm Credit.**

23        A.    That was communications with Lee.  So in

24   order to sign the lease, we had to personally sign

25   it.



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                      Topeka, KS 66604              Overland Park, KS 66212
316-201-1612                           785-273-3063                  913-383-1131
                                       www.appinobiggs.com

1       Q.    So Lee indicated to you that Farm Credit

2    is going to require you and Brad to be listed as

3    lessees, as well?

4            MS. BELLQUIST:  Objection, form and

5    foundation.

6       A.    We had to sign it as personal.

7    BY MR. EDWARDS:

8       Q.    And how did you know you had to sign it

9    as personal?

10      A.    Because that's what was sent to us in the

11   documentation, to have personal signature.

12      Q.    But that was not a request of you or

13   Brad.

14      A.    No, it was not.

15      Q.    If you go to Exhibit No. 22, the Bill of

16   Sale, where it lists Brad Griffitts and Tim Coder

17   as co-buyers --

18      A.    Uh-huh.

19      Q.    -- with Griffitts & Coder Custom

20   Chopping, LLC, did you or Brad specifically ask to

21   be identified as co-buyers?

22      A.    Where is that stated at?

23      Q.    If you go to the second line on down

24   (counsel indicating).

25      A.    No, we did not ask to be put on as co-



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    buyers.

2         Q.    So that was either done -- that was done

3    at the direction of someone else, not you or Brad.

4         A.    That is correct.

5         Q.    Another question for you with respect to

6    the buyer and the lessee on both the Bill of Sale

7    and the Lease Agreements.  Given that some of the

8    use of these tractors was through G&C Farm

9    Services, LLC, was there a -- was -- is there any

10   reason why Griffitts & Coder Custom Chopping, LLC

11   is listed as the buyer and the lessee and not both

12   of the LLCs?

13        A.    Because Griffitts & Coder was the only

14   company that had been established with credit

15   rating.  Credit is a strange thing.

16        Q.    Did you -- did you bring up with Lee,

17   "Hey, let's put" -- did you try to bring up -- or

18   try to get both entities or ask if both entities

19   could be listed as the co-buyer -- or as the

20   buyers and lessees or was it never even brought up

21   really?

22        A.    Never was brought up.

23        Q.    Were there ever any payments from G&C

24   Farm Services, LLC to Griffitts & Coder Custom

25   Chopping, LLC for use of the tractors?



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1       A.    There was never anything documented for

2  payments for use of tractors.

3       Q.    In some of the documents that were

4  produced in discovery in this case, it appears

5  that there were -- there are some forms called

6  "Evidence of" and then "Certificates of Insurance"

7  that were produced by Farm Credit Leasing.

8       A.    Uh-huh.

9       Q.    And they -- in some of those forms that

10  are again Evidence of Insurance and Certificate of

11  Insurance related to G&C Farm Services, LLC, did

12  you handle the insurance of the tractors through

13  G&C Farm Services, LLC?

14            MS. BELLQUIST:  Objection to form and

15  foundation.

16       A.    We handled the insurance of the tractors

17  through our insurance agent.

18       BY MR. EDWARDS:

19       Q.    So whichever entity was identified in

20  those documents was just whatever your insurance

21  agent did?

22       A.    That was the policy it was put onto.

23  There was no requirement of who had to have the

24  insurance; it just had to have insurance.

25            (THEREUPON, CODER Deposition Exhibit



1     here at all, I have not cross-referenced them, but

2     when it says "buyout amount," is that the same

3     amount that is identified in the lease for that

4     particular tractor, or not?

5          A.    No, it is not.

6          Q.    It's not?

7          A.    No, it is not.

8          Q.    What is that amount?

9          A.    The first two amounts is the buyout for

10    the lease of the tractor after all the lease

11    payments had been made; the third one is the

12    buyout, which would be buyout plus one payment

13    which had not been made by then --

14         Q.    Okay.

15         A.    -- and the last two are also buyout plus

16    one lease payment.

17         Q.    Okay.

18         A.    This is what -- this was the date that

19    Paul Hatfield requested --

20         Q.    Just -- okay.

21         A.    -- buyouts.  So all the lease payments

22    were not made on the final three tractors.

23         Q.    Okay.

24               (THEREUPON, an off-the-record discussion

25    was had; WHEREUPON, CODER Deposition Exhibit No. 33



1   was marked for identification.)

2       BY MR. EDWARDS:

3       Q.    Mr. Coder, I'm handing you what's been

4   marked as Deposition Exhibit No. 33.  Does it say

5   -- yeah, is it 33?  Yeah.

6       Please review it and let me know once you've

7   had a chance to do so.

8       A.    (Witness complies.)  Okay.  Ready.

9       Q.    Exhibit 33 is the CNH Warranty and

10  Limitation of Liability Agreement that Brad

11  Griffitts signed on behalf of Griffitts & Coder

12  Custom Chopping, LLC on February 4th, 2016 for

13  Serial No. 5239; is that correct?

14      A.    I don't know if Brad signed this on

15  behalf of Griffitts & Coder Custom Chopping, LLC

16  or Brad signed it on behalf of himself; it doesn't

17  state on the document.

18      Q.    It identi --

19      A.    It just says "Purchaser's signature."

20      Q.    The Purchaser Name, if you go above that,

21  it says, "Griffitts & Coder Custom Chopping, LLC";

22  is that correct?

23      A.    Well, I can't really tell.  Where are we

24  at?

25      Q.    Sorry.  I can -- if you don't mind me



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612                     5111 SW 21st Street
                                 Topeka, KS 66604
                                 785-273-3063
                                 www.appinobiggs.com                6420 W. 95th Street, Suite 101
                                                                    Overland Park, KS 66212
                                                                    913-383-1131

1    reaching (counsel speaking inaudibly) (counsel

2    indicating).

3         A.    It resembles that.

4         Q.    And you say "it resembles that" just

5    because it's a little un -- it's --

6         A.    That's a little illegible.

7         Q.    It doesn't indicate -- it doesn't appear

8    to say "Brad Griffitts" under "Purchaser Name,"

9    does it?

10        A.    No, just under "Purchaser's Signature."

11               (THEREUPON, CODER Deposition Exhibit

12   No. 34 was marked for identification.)

13        BY MR. EDWARDS:

14        Q.    Mr. Coder, I'm handing you what's been

15   marked as Deposition Exhibit No. 34.   Please

16   review it and let me know once you've had a chance

17   to do so.

18        A.    I've done so.

19        Q.    I guess going back to Exhibit No. 33, you

20   don't have any reason to disagree with this

21   Exhibit No. 33 being the Warranty and Limitation

22   of Liability Agreement that was signed for Serial

23   No. 5239, do you?

24        A.    No, I do not have any reason to disagree

25   with that.



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1      Q.   Exhibit No. 34 is the New Holland

2  Warranty and Limitation of Liability Agreement for

3  Serial No. 6025 that appears to be signed by Brad

4  Griffitts on February 4, 2016, doesn't it?

5      A.   Correct.

6      Q.   And if you go to "Purchase Name" in the

7  box there, it appears to say "Griffitts & Coder

8  Custom Chopping, LLC," doesn't it?

9      A.   Same answer as before.  It appears to say

10  that.

11          (THEREUPON, CODER Deposition Exhibit

12  No 35 was marked for identification.)

13      BY MR. EDWARDS:

14      Q.   Mr. Coder, I'm handing you what's been

15  marked as Deposition Exhibit No. 35.  Please

16  review it and let me know once you've had a chance

17  to do so.

18      A.   (Witness complies.)  I have done so.

19      Q.   Exhibit No. 35 is the New Holland

20  Warranty and Limitation of Liability Agreement for

21  Serial No. 2009 that was signed on May 3rd, 2016;

22  isn't that correct?

23      A.   That is correct.

24      Q.   And the signature appears to be from Brad

25  Griffitts and the Purchaser Name again agrees --



800 E. 1ˢᵗ Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21ˢᵗ Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95ᵗʰ Street, Suite 101
Overland Park, KS 66212
913-383-1131

1     appears to be Griffitts & Coder Custom Chopping,

2     LLC, correct?

3         A.    That is correct.

4         Q.    Mr. -- I'm sorry.  Mr. Coder, I'm handing

5     you what's been marked as Exhibit No. 36.

6             (THEREUPON, CODER Deposition Exhibit

7     No. 36 was marked for identification.)

8         BY MR. EDWARDS:

9         Q.    Please let me know once you've had a

10    chance to review it.

11        A.    Okay.

12        Q.    Exhibit No. 36 is the New Holland

13    Warranty and Limitation of Liability Agreement for

14    Serial No. 2010 that was signed on May 3rd, 2016;

15    is that correct?

16        A.    That is correct.

17        Q.    And again, the pur -- the signature

18    appears to be from Brad Griffitts and the

19    Purchaser Name appears to be Griffitts & Coder

20    Custom Chopping, LLC; is that correct?

21        A.    A little illegible on the name, but it

22    appears to be that way.

23        Q.    It is not -- the Purchaser Name portion

24    does not appear to say Brad Griffitts, does it?

25        A.    No, it does not.



Appino Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305     5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                     785-273-3063               913-383-1131
                                 www.appinobiggs.com

1              (THEREUPON, CODER Deposition Exhibit

2      No. 37 was marked for identification.)

3              BY MR. EDWARDS:

4         Q.    Mr. Coder, I'm handing you what's been

5      marked as Exhibit No. 37.  Please review that and

6      let me know once you've had a chance.

7         A.    (Witness complies.)  Okay.

8         Q.    Exhibit No. 37 is a New Holland Warranty

9      and Limitation of Liability Agreement for Serial

10     No. 2091 that was signed by Brad Griffitts on

11     March 24, 2016 for purchaser Griffitts & Coder

12     Custom Chopping, LLC; is that correct?

13        A.    That is correct.

14        Q.    (Counsel speaking inaudibly.)

15             (THEREUPON, CODER Deposition Exhibit

16     No. 38 was marked for identification.)

17             BY MR. EDWARDS:

18        Q.    Mr. Coder, I'm handing you what's been

19     marked Deposition Exhibit No. 38.  Please let me

20     know once you've had a chance to read it.

21        A.    Okay.

22        Q.    Exhibit No. 38 appears to be the Kansas

23     Department of Revenue Agricultural Exemption

24     Certificates for each of the five tractors; is

25     that correct?



1        A.    That is correct.

2        Q.    And each of these Agricultural Exemption

3    Certificates are for purchaser Griffitts & Coder

4    Custom Chopping, LLC, correct?

5        A.    Correct.

6        Q.    And it appears that you signed three of

7    these certificates and Brad signed two; is that

8    accurate?

9        A.    That is accurate.

10       Q.    There are no other Agricultural Exemption

11   Certificates for these five tractors that you're

12   aware of, are there?

13       A.    Not that I am aware of, no.

14       Q.    With respect to these tractors, I -- I

15   looked through some of the invoicing from Farm

16   Credit Leasing to Griffitts & Coder Custom

17   Chopping and I noticed that with respect to Serial

18   No. 2009 and 2010 there were late charge invoices

19   for each month from June 2017 to November 2017.

20   Do you recall those late payment invoices?

21       A.    From June 2017?

22       Q.    To November 2017?

23       A.    On which tractors?

24       Q.    Serial No. 2009 and 2010, which I believe

25   are GC4 and GC5.



800 E. 1ⁿᵈ Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21ⁿᵈ Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95ᵗʰ Street, Suite 101
Overland Park, KS 66212
913-383-1131

1        A.      I do not recall those invoices, no.

2        Q.      I came across additional late charge

3    invoices from Farm Credit Leasing for Serial No.

4    2091, which is GC3, for the months of -- for each

5    month from April 2018 to December 2018.  Do you

6    recall any of those late payment invoices?

7        A.      I recall there was a late payment made on

8    that, but it was -- I had called AgDirect and got

9    that approved because it was in the process of New

10   Holland buying out the tractors via Paul Hatfield.

11       Q.      So when discussions were being made back

12   and forth regarding the potential buyout, that's

13   what that was about?

14       A.      Correct.

15       Q.      Earlier in the deposition, we covered all

16   of the services that either Griffitts & Coder

17   Custom Chopping, LLC or Griffitts & Coder -- or

18   sorry, G&C Farm Services, LLC performed, correct?

19   We covered the entire gamut of everything that's

20   performed?

21       A.      Yes.  To my knowledge, we have.

22       Q.      I have got a few questions for you now

23   that are just confirming stipulations that have

24   already been made in this case by counsel, but I

25   just want to get it on the record.



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1        All payments for leases -- or sorry, cancel

2    that.

3        All payments to Farm Credit for the leases of

4    the five tractors were paid by a Griffitts & Coder

5    Custom Chopping, LLC and not by you or Brad

6    Griffitts individually, correct?

7        A.    That is a correct statement.

8        Q.    Additionally, all payments for other --

9    or for all other non-lease expenses related to the

10   tractors were paid by Griffitts & Coder Custom

11   Chopping, LLC and not by you or Tim Coder and --

12   or you or Brad Griffitts individually, correct?

13       A.    That would be correct.

14       Q.    Any payments for work for which the

15   tractors were used, for example, like payments

16   from customers, were paid to Griffitts & Coder

17   Custom Chopping, LLC or G&C Farm Services, LLC and

18   not to you or Brad Griffitts individually,

19   correct?

20       A.    That would be correct.

21       Q.    Do you guys have written contracts for

22   your work or is most of it just called up over the

23   phone or a handshake deal?

24       A.    All of our contracts are handshake deals.

25       Q.    In any event, all contracts for work for



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    which the tractors were used were made with either

2    Griffitts & Coder Custom Chopping, LLC or G&C Farm

3    Services, LLC, and not with you individually or

4    Brad individually, correct?

5         A.    I guess you could say that's correct.

6         Q.    Do you know -- neither you nor Brad made

7    any reference to or received any treatment

8    regarding the tractors on your individual taxes

9    for -- to your knowledge, did you?

10        A.    We did not receive anything on our

11   individual taxes for the tractors.

12        Q.    And that would include -- for example

13   there's nothing about depreciation, amortization,

14   maintenance expenses, capacity expenditures,

15   personal property taxes or other deductions or

16   exemptions related to the tractors, correct?

17        A.    Not on our personal taxes.

18        Q.    Were those types of tax treatment

19   reflected on the taxes for either Griffitts &

20   Coder Custom Chopping, LLC or G&C Farm Services,

21   LLC?

22        A.    Yes, they were.

23        Q.    Both or one or the other?

24        A.    Griffitts & Coder Custom Chopping.

25        Q.    Okay.    I want to -- give me one second,



1      A.    The only time we had major issues with

2    the GPS was in a pivot pattern.  That's when we

3    always got the AG-265 code.  There was another GPS

4    issue of a wiring harness and some other small

5    things.

6      **Q.    And if I recall your testimony, the**

7    **problem was fairly consistent, meaning it would**

8    **occur about once every two to three hours if you**

9    **were doing the manure spreading application, and**

10   **when you were doing the swathing application it**

11   **would occur less frequently, sometimes one to two**

12   **times a day and sometimes it would not occur at**

13   **all during a day of use, correct?**

14     A.    That's correct, and the reason being it

15   was less frequent in the swathing is you can swath

16   at a higher rate of speed and it doesn't take you

17   as long to get a complete circle done as what the

18   time pattern is for the travel of the manure

19   spreading.  So if you was going slow swathing,

20   real heavy feed, and it took you a longer time to

21   get the field done, the GPS would do its timeout

22   thing and throw the code.

23     And a lot of times we had two tractors in the

24   same field, and we try to get at least 20 to 25

25   acres an hour per tractor.  So each tractor was



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1  basically responsible to do 60 acres so you knew

2  you could do it in two-and-a-half to three hours,

3  about the time the thing would actually crash.

4      Q.   During the manure spreading season, how

5  many of the five tractors generally were being

6  used for manure spreading at any given time?

7      A.   At any given day, there could be three

8  per day, but all five would have been involved

9  through the entire season.

10      Q.   With respect to swathing, how many of the

11  -- during the swathing season, how many of the

12  five were being used in any given day?

13      A.   Two.   The reason for that is we had three

14  swathers and one was set up on the Fendt at all

15  times.   The reason --

16          THE REPORTER:   One set up on the?

17          THE WITNESS:   Fendt tractor.

18          THE REPORTER:   I'm sorry.

19          THE WITNESS:   And the reason for that is,

20  Fendt has a PTO in the front that runs the

21  opposite direction as New Holland.   So to make it

22  work, you have to change the gearboxes and the

23  drivelines to adapt it over to American PTO versus

24  German PTO.   So there was always two of them set

25  up on New Hollands and one set up on the Fendt.



Appino Biggs Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1    it was done by either Agri Center or Plains New

2    Holland in Hereford?

3         A.    Yes.

4         Q.    And there were no other -- I'm just

5    trying to eliminate -- you know, get -- get the

6    world of who would have performed work on this

7    tractor.

8         A.    The only thing that was performed by us

9    on these tractors was filling them full of fuel,

10   filling it full of DEF, checking the oil, and

11   operating it.

12        And I was very explicit to Lee one time with

13   his mechanic, we had a breakdown on it and they

14   seemed to think it was a clutch switch, or

15   something, that was wrong.  He wanted my operator

16   to tear into that tractor to try to diagnose it

17   for him.

18        Q.    Uh-huh.

19        A.    And I called Lee up and told him to get

20   somebody to check, get their butt down there and

21   get the tractor fixed, because I am not working on

22   these things, it wasn't part of the warranty, it

23   wasn't part of our agreement, I'm not going to

24   have somebody tear into a tractor, destroy the

25   panels, lose bolts, whatever the case may be, and



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1    at the end of the lease it just costs me.

2         Q.   So I want to -- so -- I want to make sure

3    I get this.  So you said that your work on the

4    tractors was to fill it full of fuel --

5         A.   Correct.

6         Q.   -- to check the oil --

7         A.   Correct.

8         Q.   -- there was one other thing you

9    mentioned in-between fuel --

10        A.   DEF, diesel exhaust fluid.

11        Q.   Okay.

12        A.   It's a California thing.

13        Q.   So you would fill it with gas -- or fill

14   it with fuel -- not "gas," but fill it with fuel,

15   fill it with DEF, check the oil, and you would

16   operate it.

17        A.   Correct.

18        Q.   And then, again, going back to the

19   previous question, the only maintenance or repairs

20   or inspection on the tractors was either Plains

21   New Holland in Hereford or Agri Center in Hutch.

22             MS. BELLQUIST:  Ob --

23        A.   Correct.

24             THE WITNESS:  Sorry.  I was too quick on

25   it again.



800 E. 1st Street, Suite 305       5111 SW 21st Street       6420 W. 95th Street, Suite 101
Wichita, KS 67202                  Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                       785-273-3063                     913-383-1131
                                www.appinobiggs.com

1      A.    From January of 2019 --

2      Q.    **January 10th of 2019.**

3      A.    To present?

4      Q.    **Yeah.**

5      A.    Two of the tractors, of course, got

6   returned.

7      Q.    **Uh-huh.**

8      A.    So there's not really much difference on

9   those.  And then the three remaining tractors,

10  they probably each had -- I'm going to go with at

11  least 50, 60 hours put on them.  Rough number.

12     Q.    **So 50, 60 hours since January 10, 2019?**

13     A.    Correct.

14     Q.    **Since -- and then the other two that were**

15  **returned, from January 10, 2019 till the end of**

16  **February 2019, how many approximate hours do you**

17  **estimate were put on those two tractors?**

18     A.    I really have no idea.

19     Q.    **What applications have the tractors been**

20  **-- here, let me back up.**

21     **When was the last time one of these five**

22  **tractors performed manure spreading?**

23     A.    It would have been either December of

24  last year or January this year.  I'm not real sure

25  on the dates.  I wasn't down there.



800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                    Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                         785-273-3063                 913-383-1131
www.appinobiggs.com

1      Q.    And was that when you and Brad made the

2   decision, "We're getting out of the manure

3   spreading business"?

4      A.    Yup.

5      Q.    Are the three remaining tractors still

6   being used for swathing to this date?

7      A.    Two of them are being used for swathing;

8   the other one is used to be -- pull trailers and

9   box blades and swathers and mergers, and all the

10  stuff.

11     Q.    During 2018, did you have any other

12  tractors that you were using for manure spreading,

13  other than these five tractors or one of the

14  loaner tractors?

15     A.    Yes.

16     Q.    What other tractors were you using?

17     A.    We had the Fendt, we had the two 335s and

18  the 500.

19     Q.    Did you ever email or text Brad Griffitts

20  regarding either their -- the GPS problems with

21  the tractors or the mechanical problems with the

22  tractors?

23     A.    Brad and I never really text back and

24  forth; it's always a phone conversation or in

25  person.



Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604             Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com

1    was had.)

2         BY MR. EDWARDS:

3         Q.    Mr. Coder, if you could turn to Exhibit

4    No. 44?

5         A.    (Witness complies.)

6         Q.    That's the February 1st, 2018 Facebook

7    posts advertising the three John Deere loaders?

8         A.    Uh-huh.  Yes.

9         Q.    And it says, "Just trying to downsize

10   operation."

11        What was the down-sizing of the operation --

12        A.    We didn't need three loaders for our

13   spring business; we only used one all the time, so

14   two of them basically set around and did nothing.

15   Rather than get older and lose value, just to

16   liquidate.  We weren't replacing loaders by no

17   means.

18        Q.    What -- I may have asked you this and my

19   apologies if I have.  The -- are the only two

20   members of Griffitts & Coder Custom Chopping, LLC

21   you and Brad Griffitts?

22        A.    Yes, that is correct.

23        Q.    Are the only two members of G&C Farm

24   Services, LLC you and Brad Griffitts?

25        A.    That is correct.



4/9/2019                    **TIMOTHY LEE CODER**                    **204**

1       Q.    Are there any contracts or other

2   agreements between Griffitts & Coder Custom

3   Chopping, LLC and G&C Farm Services, LLC?

4       A.    No, there is not.

5       Q.    Other than the Operating Agreement and

6   other organizational-related documents for the

7   organization of Griffitts & Coder Custom Chopping,

8   LLC, are there any separate contracts between

9   Griffitts & Coder Custom Chopping, LLC on one hand

10  and either you or Brad Griffitts to the other

11  hand?

12      A.    No, there is not.

13      Q.    Have you made any attempts to advertise

14  or sell the tractors, other than the Facebook post

15  that we looked at in Exhibit No. 45?

16      A.    We have not.

17      Q.    Have we previously in this deposition

18  described all uses of the tractors, that you're

19  aware of?

20      A.    Yes, I believe we have, as far as I'm

21  aware.

22      Q.    Are there any issues related to the GPS

23  that we have not previously talked about today?

24      A.    No, there is not.

25            (THEREUPON, CODER Deposition Exhibit



800 E. 1st Street, Suite 305
Wichita, KS 67202
316-201-1612

5111 SW 21st Street
Topeka, KS 66604
785-273-3063
www.appinobiggs.com

6420 W. 95th Street, Suite 101
Overland Park, KS 66212
913-383-1131

1     No 46 was marked for identification.)

2          BY MR. EDWARDS:

3          Q.    Are, to your knowledge, all of the claims

4     in this lawsuit related to either the mechanical

5     failures or the GPS issues on the five tractors?

6          A.    To my knowledge, that's what the claims

7     are.

8          Q.    Mr. Coder, I'm handing you what's been

9     marked as Exhibit No. 46.  Please review this

10    document and let me know once you've had a chance

11    to do so.

12         A.    (Witness complies.)  Okay.  I have

13    reviewed the document.

14         Q.    Exhibit No. 46 is the 30(b)(6) Corporate

15    Representative Deposition Notice to Griffitts &

16    Coder Custom Chopping, LLC; is that correct?

17         A.    I'm going to have to say that it is the

18    correct, to the best of my knowledge.  I'm not a

19    lawyer by no means.

20         Q.    The last page of this document contains

21    Exhibit A that's 14 numbered categories of topics;

22    is that correct?

23         A.    That is correct.

24         Q.    Leading up to -- well, from this morning

25    till this -- till right now, I have asked you a



**Appino Biggs** Reporting Service, Inc.

Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305          5111 SW 21st Street          6420 W. 95th Street, Suite 101
Wichita, KS 67202                     Topeka, KS 66604              Overland Park, KS 66212
316-201-1612                          785-273-3063                 913-383-1131
                                      www.appinobiggs.com