# PLAINTIFF'S RESPONSE TO
# DEFENDANT'S MOTION FOR SUMMARY JUDGMENT

Exhibit C

Excerpts from April 9, 2019 Deposition of Timothy Lee Coder

```
 1   .
 2                IN THE UNITED STATES DISTRICT COURT
 3                     FOR THE DISTRICT OF KANSAS
 4   .
 5   .
 6   GRIFFITTS & CODER CUSTOM
 7   CHOPPING, LLC, BRADLEY A.
 8   GRIFFITTS and TIMOTHY L. CODER,
 9          Plaintiffs,
10      vs.                            Case No. 2:18-cv-02300
11   CNH INDUSTRIAL AMERICA LLC,
12          Defendant.
13   .
14   .
15                         DEPOSITION OF
16                       TIMOTHY LEE CODER,
17   taken on behalf of the Defendant, pursuant to
18   Notice of Deposition, beginning at 8:47 a.m. on
19   the 9th day of April, 2019, at the law offices of
20   Joseph Hollander & Craft LLC, 1508 Southwest
21   Topeka Boulevard, in the City of Topeka, County of
22   Shawnee, and State of Kansas, before Jill A.
23   Whetter, RPR, Missouri CCR No. 1058, and Kansas
24   CCR No. 1485.
25   .
```



800 E. 1st Street, Suite 305    5111 SW 21st Street    6420 W. 95th Street, Suite 101
Wichita, KS 67202               Topeka, KS 66604       Overland Park, KS 66212
316-201-1612                    785-273-3063           913-383-1131
                                www.appinobiggs.com

```
 1                         APPEARANCES
 2    .
 3    .
 4    ON BEHALF OF THE PLAINTIFFS:
 5    .
 6         Ms. Diane L. Bellquist
 7         Joseph Hollander & Craft LLC
 8         1508 Southwest Topeka Boulevard
 9         Topeka, Kansas  66612
10         785.234.3272
11         dbellquist@josephhollander.com
12    .
13    .
14    ON BEHALF OF THE DEFENDANT:
15    .
16         Mr. Patrick A. Edwards
17         Stinson Leonard Street LLP
18         1625 North Waterfront Parkway, Suite 300
19         Wichita, Kansas  67206
20         316.265.8800
21         patrick.edwards@stinson.com
22    .
23    .
24    .
25    .
```



```
 1        Q.   Did they explain what happened on the
 2   $20-an-hour increase?
 3        A.   (Witness shakes head.)  Not good enough
 4   for us to understand why they would do it.  We did
 5   end up leasing one tractor for -- from them
 6   because we had got the tractor, and when we talked
 7   about the agreement, they actually had a tractor
 8   on the lot and we took the tractor before all the
 9   paperwork was signed, and then after they tried to
10   up the hours on us we did not take delivery on
11   four more we was talking about, but we did go
12   ahead take the ownership of the lease of that one.
13        Q.   And approximately when was that?
14        A.   Same time.  It would have been January
15   '16.
16        Q.   So it's only after the deal -- only after
17   the deal with the Fendt tractors went south that
18   you looked to Agri Center; is that fair?
19        A.   We looked at them before that, but then
20   we went to them again after the deal went south.
21   Not as far as which tractors we picked and chose;
22   what we was planning to do with Agri Center was
23   bid four identical tractors and get them all off
24   the lot.  They all had to have the capability of
25   the front three-point PTO, they had to have a
```


Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305        5111 SW 21st Street            6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604               Overland Park, KS 66212
316-201-1612                        785-273-3063                   913-383-1131
                                    www.appinobiggs.com

```
 1   minimum of 300 horsepower.
 2        Q.   Of how much horsepower, I'm sorry?
 3        A.   300 minimum.  So then after we dinked the
 4   deal on four tractors to be built, we found out
 5   that the tractors would not be able to be built
 6   for several months.  So that's when Brad and Lee
 7   got together and was able to find tractors that
 8   was already built and setting on lots throughout
 9   the country.
10        Q.   And so it was after you had already
11   signed --
12        A.   The first agreement, yeah.
13        Q.   Okay.
14        A.   And that one was null and void, and we
15   went to the original -- or the agreement we have
16   now, which is the two CVT tractors which was found
17   on lots throughout the United States with the
18   front three-point PTO, and then the third tractor
19   was just a CVT tractor without front three-point
20   PTO, and then the other two we waited till they
21   could make them in the factory.
22        Q.   Oh, okay.  So the remainings, that's what
23   -- that's the reason for the delay.
24        A.   (Witness nods head.)
25        Q.   Okay.  What -- what -- with respect to
```



800 E. 1st Street, Suite 305      5111 SW 21st Street      6420 W. 95th Street, Suite 101
Wichita, KS 67202                 Topeka, KS 66604          Overland Park, KS 66212
316-201-1612                      785-273-3063              913-383-1131
                                  www.appinobiggs.com

```
 1    and I'm going to get my exhibits organized and
 2    then we'll keep plowing through.  If you want to
 3    get up and get a drink or something real quick we
 4    can.
 5             MR. EDWARDS:  We can go off the record
 6    real quick.
 7             (THEREUPON, an off-the-record discussion
 8    was had; WHEREUPON, a break was taken.)
 9             BY MR. EDWARDS:
10        Q.   Okay.  Mr. Coder, we're back on after a
11    short break.  I want to kind of change gears now.
12    And we -- we talked earlier about some of the GPS
13    issues, but I just want to make sure we fully
14    flesh it out.
15             You mentioned that -- I believe you mentioned
16    earlier that fairly shortly after you -- after you
17    received the first two tractors you noticed a
18    problem with the GPS; is that correct?
19        A.   Correct.
20        Q.   And was that problem noticed -- were you
21    or Brad operating the equipment or was it your
22    employees operating it and then letting you know?
23        A.   Our employees were operating it and let
24    us know.
25        Q.   At that point or shortly thereabouts, did
```



1    you contact Agri Center for assistance?
2         A.   At that point, we contacted the Agri
3    Center.
4         Q.   And I -- looking at the records, it
5    appears there's quite a bit of communication from
6    Agri Center to CNH in -- from essentially March to
7    October of 2016 related to GPS-related issues.  Is
8    -- I'm assuming that's because you or Brad were
9    communicating with Agri Center saying, "We got
10   this issue"?
11        A.   Correct.
12             MS. BELLQUIST:  Objection to form and
13   foundation.
14             BY MR. EDWARDS:
15        Q.   Did we previously discuss -- previously
16   in the deposition we talked about issues during
17   manure spreading and issues during the swathing
18   where the GPS had -- where the GPS essentially
19   would -- would "crash," for a better term.
20        A.   (Witness nods head.)
21        Q.   Did -- were there any -- are there any
22   other details related to the crashing of the GPS,
23   for instance, like other applications, other uses,
24   where it occurred, other than what we talked
25   about?



1    extra quote, then he'll pay us a little extra to
2    haul it with the spreader.  Or if the actual dairy
3    was spreading on their own ground, they would just
4    have you pull out of their lots and go take it to
5    their own ground.
6          Q.    In 2016, did you or Brad ever communicate
7    directly with CNH -- and not -- not going through
8    Agri Center, but directly with CNH, about the GPS
9    issues or was everything in 2000 -- sorry, I -- I
10   meant to say "2016"; I don't know if I said
11   "2017."
12         But in 2016, was everything through Agri
13   Center or were there any direct communications
14   indications with CNH about the GPS?
15         A.    To the best of my knowledge, everything
16   was ran through Agri Center.
17         Q.    The CNH records that I reviewed, I think
18   I mentioned this, show assist cases entered from
19   March to 2000 -- or March to October of 2016, and
20   then there's a lapse regarding GPS-related assist
21   cases through the rest of '16 and then all of '17.
22   During that period of time, was there -- were
23   there still communications between you or Brad or
24   anyone else at Griffitts & Coder and Agri Center
25   regarding the GPS?



800 E. 1st Street, Suite 305        5111 SW 21st Street         6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                        785-273-3063                913-383-1131
www.appinobiggs.com

```
 1        A.   Yes.
 2             MS. BELLQUIST:  Objection to form and
 3   foundation.
 4             THE WITNESS:  Yes, there was several.
 5        BY MR. EDWARDS:
 6        Q.   Was there a -- was there a dead time in
 7   that time frame for several months when there
 8   weren't complaints regarding --
 9        A.   There was absolutely no dead time.  It
10   was always the same issue, and we was always told
11   they was working on it.
12        Q.   And during -- from October 2016 through
13   November 2017, who were you communicating with at
14   Agri Center regarding the GPS issue?
15        A.   Lee File and Trent -- can't remember
16   Trent's last name right at the moment.
17        Q.   Morrell, maybe?
18        A.   May -- could be.  He's their tech guy.
19        Q.   Were those communications during that
20   period of time, from October '16 through November
21   of '17, were those over the phone, by email, by
22   text; how -- how were those communications?
23        A.   Always over the phone.
24        Q.   And how often were those phone calls
25   being made regard -- again, regarding the GPS and
```



```
 1   during that October 2016 to November 2017 time
 2   frame.
 3        A.   I would say a minimum of once a month and
 4   sometimes five or six times a month.
 5        Q.   And did I hear you correctly that you
 6   said earlier that you -- when you -- when this was
 7   brought up with Agri Center they told you that CNH
 8   was working on it?
 9        A.   That is correct.
10        Q.   So did they give you the impression that
11   they were communicating that on to CNH?
12        A.   That is the impression I got.
13        Q.   Were you and Brad still operating the
14   five tractors in question on either swathing or
15   manure spreading during the October 2016 to
16   November 2017 time frame?
17        A.   Yes, we were.
18        Q.   I saw an email that I believe actually
19   was a exhibit in the depositions last week in
20   Pennsylvania that was from Trent Morrell to a
21   Nathan Gustafson at CNH on December 15th, 2017
22   that referenced the GPS issue?
23        A.   Uh-huh.  Yes.
24        Q.   The email -- and I apologize I don't have
25   it in front of me, but if I recall correctly, it
```



1    **made it sound like you and Trent had a phone call**

2    **with Nathan in the recent history prior -- just**

3    **directly prior to that email.  Do you recall**

4    **speaking with a Nathan Gustafson in December 2017?**

5         A.   I do not recall speaking with Nathan on

6    the phone; what I do recall was in November of

7    2017 we were doing a lot of manure spreading and I

8    expressed to Trent several times he needs to get

9    down here and fix this and if he can't do it

10   somebody with New Holland needs to be involved in

11   it and I called him every week telling him get

12   down there and fix this.

13        So then they told me that they was working on

14   it again, and they was supposed to have an answer

15   for me by November 15th.  And if you recall in the

16   emails, Trent had sent a couple emails to this guy

17   with no response and I had sent a couple to Trent.

18   And then around the end of the month, he wanted to

19   use the excuse that it was the holidays.  I was

20   not very impressed with the excuse of the holidays

21   beings we was trying to get this established from

22   November 15th to December 15th for them to be down

23   there and fix it.

24        Q.   **So prior to November or December 2017,**

25   **had you ever either been copied on emails or texts**



1    A.   -- but they was only there for three or
2  four hours one day.
3    **Q.   So the -- when you -- a few minutes ago**
4  **when you were mentioning November 15th, do you**
5  **think now that was probably December 15th?**
6    A.   Oh, no.  No.  Because we started
7  spreading hard and heavy at November, and that's
8  why I started getting on them hard about getting
9  down there and fixing it.  Because we had to shut
10  these things off three or four times a day to
11  recycle it.  And I told them, this ain't working,
12  get down here and fix this.  And I called daily.
13  I mean, I was very much a thorn in their side,
14  because there's only so much that a guy can
15  actually take off of this before he gets a little
16  irate.  So daily I was calling from November 15th
17  to December 15th, and the that's when the email
18  exchange started.
19    **Q.   And those -- just so we're clear here,**
20  **those calls were going to Trent at Agri Center,**
21  **correct?**
22    A.   Trent and Lee File.
23    **Q.   So I -- my notes indicate that we have**
24  **that first visit in early January, and do the**
25  **names Greg Linka and Carmen Strmsek from CNH, were**



```
 1   -- were those the individuals that CNH sent down
 2   there?
 3         A.   Those two were there, along with Eric
 4   Lind and a -- Eric Lind, and I do believe there
 5   was another tech there with them, but I don't
 6   recall a name.
 7         Q.   Do you recall if that was a tech from CNH
 8   or from Agri Center?
 9         A.   CNH.
10         Q.   And you think that Eric was there on Jan
11   -- in the -- on the early January visit?
12         A.   Eric was there.
13         Q.   Then it's my understanding that after
14   that visit there -- at some point along the line
15   there was a weekly call -- or a biweekly call that
16   was set up with -- between you and then Agri
17   Center and then folks from CNH; is that correct?
18         A.   That weekly call was established the day
19   that they was there, reason being is I wanted to
20   show that they was actually doing progress and I
21   wanted to hear about progress instead of getting
22   booted to the side.
23         The first thing that Carmen told me when she
24   got down there is she was just getting involved in
25   this thing, that it fell through the cracks in New
```



800 E. 1st Street, Suite 305        5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                   Topeka, KS 66604           Overland Park, KS 66212
316-201-1612                        785-273-3063               913-383-1131
                                    www.appinobiggs.com

1   Holland, New Holland accepts responsibility for
2   not taking care of it, it is all their fault that
3   it didn't get handled correctly, they was very
4   apologetic about it.
5        So on that day we performed the testing, took
6   two of the tractors out into a field with
7   spreaders on them, simulated the actual way that
8   the driving and everything was done, they hooked
9   all their equipment into them and drove the
10  tractors themself.  I think, I'm not sure, we had
11  an operator.  I think they might have been driving
12  them.  Either way, I don't really recall who was
13  driving, but they was testing the tractors.
14       And during that test time, Carmen, Lee File
15  and I was visiting and talking and we was, you
16  know -- I expressed to her, I says, "What are you
17  guys planning on doing with this thing, can you
18  fix them, can you not fix them, what do you want
19  to do?"  She said, "Well, we're working on it,
20  we're going to try to."  I said, "What happens if
21  you can't get it fixed"?  She said, "Well, what do
22  you mean?"  I said, "If you can't fix this, I no
23  longer want to own them."  I said, "It's a thorn
24  in my side, it's a burden, and it's not what I
25  bought."



800 E. 1st Street, Suite 305      5111 SW 21st Street       6420 W. 95th Street, Suite 101
Wichita, KS 67202                 Topeka, KS 66604          Overland Park, KS 66212
316-201-1612                      785-273-3063              913-383-1131
                                  www.appinobiggs.com

```
 1        Q.   So we have the January site visit and
 2   then we have weekly calls.  It's my understanding
 3   that the next in-person visit was to your home on
 4   February 27th, 2018 in -- in Kansas, correct?
 5        A.   That is correct.
 6             Now, when we set up the weekly calls, I had
 7   personally asked Cameron and Greg how long they
 8   thought it was going to take to fix this issue,
 9   because they thought it was just a little glitch
10   in the writing of the stuff.  And they assured me
11   that they thought they could have it done within
12   60 days.  And that's when I told them, "What
13   happens at the end of 60 days?"  And they said,
14   "Well, what do you mean?"  I says, "If you can't
15   get this fixed in 60 days," I says, "I no longer
16   want to own these tractors, don't have nothing to
17   do with these tractors, I'm tired of the headache
18   of these tractors."  And they were well aware of
19   the situation.
20             Now, the biweekly calls that was set up, the
21   first call that came around, I received some calls
22   from Agri Center wanting to know if we could put
23   the calls off for a week or two.  And that's when
24   I stated to Agri Center, there is no possible way
25   you are going to boot me on this issue again.
```



800 E. 1st Street, Suite 305      5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                 Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                      785-273-3063                913-383-1131
                                  www.appinobiggs.com

 1   any real issues, per se, with that tractor.
 2   **Q.   And that was a T8 what?**
 3   A.   360.
 4   **Q.   Okay.**
 5   A.   And then this past spring, New Holland
 6   was going to provide a T8 380.  We had a breakdown
 7   right as the season started and they were supposed
 8   to be getting the tractor down to us.  And long
 9   story short, it took several weeks longer than
10   what they had stated, and when the tractor showed
11   up it had a hydraulic and an antifreeze leak.  It
12   was a brand-new tractor that supposedly had been
13   PDI'd through the factory and PDI'd through a
14   dealership up north somewhere.  And when it shows
15   up to us, it's not even able to be used.  It had
16   to be repaired.
17        Now, we used that tractor this spring and in
18   that time we had at least two of our own that had
19   go back to the shop, PTO issues, wiring issues,
20   ejector issues, ejector pump issues, you name it.
21   I mean, you've seen the list.  The stack's this
22   thick (witness indicating).
23        So we had put around I'm going to say 200
24   hours on the tractor from New Holland and then
25   they pulled it from us and wouldn't let us use it



```
 1  no more.
 2      Q.  Are those the -- you -- I think you just
 3  listed four.  Are those the only four loaners that
 4  you've been provided?
 5      A.  Them was the only four loaners we was
 6  provided.
 7      Q.  At any point, did you have two loaners at
 8  one time?
 9      A.  Yes.  This spring we had the T7 315 back
10  again, and we had New Holland's T8 380.
11      Q.  When you say "this past spring," you mean
12  spring of '18?
13      A.  Spring of '18, correct.
14      Q.  Are there any other problems or
15  objections you had to the loaners, other than what
16  you just told me?
17      A.  The only issue I have with loaners is
18  they was never there.  They was there
19  sporadically, but when I've had breakdowns, I'd go
20  -- let's say, like November of '17 to March of
21  '18, I had two tractors in the shop that entire
22  time with one loaner.
23      Q.  Okay.
24      A.  And that was from Lee, not New Holland.
25          THE REPORTER:  That was from Lee?
```



800 E. 1st Street, Suite 305    5111 SW 21st Street       6420 W. 95th Street, Suite 101
Wichita, KS 67202               Topeka, KS 66604          Overland Park, KS 66212
316-201-1612                    785-273-3063              913-383-1131
                                www.appinobiggs.com

```
 1          A.   Lee File with Agri Center.
 2          BY MR. EDWARDS:
 3          Q.   So have we covered all of the loaners
 4     that Griffitts & Coder has been provided with
 5     either Agri Center or CNH?
 6          A.   Correct.  And then they shut the loaner
 7     system off May of last year.  No longer was -- was
 8     able to receive a loaner from them for some
 9     reason.  I had three tractors in the shop all at
10     the same time in August.  The mechanical issues
11     were just beyond anything I have ever seen in my
12     entire life.
13          Q.   In discovery in this case, and
14     specifically in your Interrogatory Answers -- I'm
15     trying to fast-track things so I can get you out
16     of here -- you have identified the amount of hours
17     on each tractor as of a certain date.  I believe
18     your initial Interrogatory answers were -- have
19     the hours as of August 18th, 2018; the
20     supplemental responses had the hours as of January
21     10, 2019?
22          A.   (Witness nods head.)
23          Q.   Do you have any idea, from January 10,
24     2019 to the present time, how many additional
25     hours were put on each tractor?
```



Appino & Biggs Reporting Service, Inc.
Technology Specialists in Today's Complex Litigation

800 E. 1st Street, Suite 305      5111 SW 21st Street        6420 W. 95th Street, Suite 101
Wichita, KS 67202                 Topeka, KS 66604            Overland Park, KS 66212
316-201-1612                      785-273-3063                913-383-1131
                                  www.appinobiggs.com