**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit D

Excerpts from April 9, 2019 Deposition of Bradley A. Griffitts

       1   .

       2              IN THE UNITED STATES DISTRICT COURT

       3                  FOR THE DISTRICT OF KANSAS

       4   .

       5   .

       6   GRIFFITTS & CODER CUSTOM

       7   CHOPPING, LLC, et al.,

       8            Plaintiffs,

       9       vs.                        Case No. 2:18-cv-02300

      10   CNH INDUSTRIAL AMERICA LLC,

      11            Defendant.

      12   .

      13   .

      14                        DEPOSITION OF

      15                   BRADLEY A. GRIFFITTS,

      16   taken on behalf of the Defendant, pursuant to

      17   Notice to Take Deposition, beginning at 9:05 a.m.

      18   on the 17th day of April, 2019, at the law offices

      19   of Joseph, Hollander & Craft, LLC, 1508 SW Topeka

      20   Boulevard, in the City of Topeka, County of

      21   Shawnee, and State of Kansas, before Barbara J.

      22   Hoskinson, Certified Court Reporter, Kansas

      23   License No. 0434 and Missouri License No. 999.

      24   .

      25   .



```
 1                      APPEARANCES
 2   .
 3   .
 4   ON BEHALF OF THE PLAINTIFF:
 5   .
 6        Ms. Diane L. Bellquist
 7        Joseph, Hollander & Craft, LLC
 8        1508 SW Topeka Boulevard
 9        Topeka, Kansas  66612
10        785-234-3272
11        dbellquist@josephhollander.com
12   .
13   .
14   ON BEHALF OF THE DEFENDANT:
15   .
16        Mr. Patrick A. Edwards
17        Stinson Leonard Street
18        1625 N. Waterfront Parkway, Suite 300
19        Wichita, Kansas  67206
20        316-265-8800
21        patrick.edwards@stinson.com
22   .
23   .
24   .
25   .
```



800 E. 1st Street N.     5111 SW 21st Street     6420 W 95th Street
Suite 305     Topeka, KS 66604     Suite 101
Wichita, KS 67202     785-273-3063     Overland Park, KS 66212
316-201-1612     www.appinobiggs.com     913-383-1131

```
 1    change gears.  It's my understanding that there
 2    were issues related to the guidance system and GPS
 3    with respect to these five tractors, that is --
 4    these five New Holland tractors, is that correct?
 5         A.   Yes.
 6         Q.   So, when did you first -- when did you
 7    first become aware of issues with these tractors,
 8    with the GPS system on these tractors?
 9         A.   As soon as we got them.  As soon as we
10    started using them.
11         Q.   And how did you -- describe, describe
12    what you observed and what application the
13    tractors were being used when you observed, if
14    that makes sense, the issues with the GPS.
15         A.   It would have been when we started
16    spreading manure.  They would not, they would not
17    work for a full day doing a circle pattern.
18         Q.   Do you -- it's my understanding in
19    speaking with Tim that -- well, here, let's just
20    get it out.  I'm going to hand you a couple
21    exhibits that -- Tim was an artist the other day,
22    and these are just the two drawings.  Mr.
23    Griffitts, I'm handing you what's been previously
24    marked as Deposition Exhibit No. 20 and 21, and
25    it's my understanding in speaking with Tim Coder
```



TECHNOLOGY SPECIALISTS IN TODAY'S LITIGATION

800 E. 1st Street N.           5111 SW 21st Street           6420 W 95th Street
Suite 305                      Topeka, KS 66604              Suite 101
Wichita, KS 67202              785-273-3063                  Overland Park, KS 66212
316-201-1612                   www.appinobiggs.com           913-383-1131