**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit E

Excerpts from April 4, 2019 Deposition of Eric Lind

Eric Lind

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

| | |
|---|---|
| GRIFFITTS & CODER CUSTOM CHOPPING, LLC, ET AL.<br>Plaintiffs | :<br>:<br>: |
| -VS- | : CASE NO. |
| CNH INDUSTRIAL AMERICA, LLC<br>Defendant | :<br>: 18-2300-DDC-KGG |

\* \* \* \* \*

THURSDAY, APRIL 4, 2019

\* \* \* \* \*

    Videotaped deposition of Eric Lind, in his corporate capacity, taken pursuant to notice, held at the Law Offices of Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, Pennsylvania, on Thursday, April 4, 2019, beginning at 9:00 a.m., before Susan L. Singlar, Professional Court Reporter and Notary Public of the Commonwealth of Pennsylvania, there being present.

    Any reproduction of this transcript is prohibited without authorization by the certifying agency.

KAPLAN, LEAMAN AND WOLFE
Registered Professional Reporters
230 South Broad Street, Suite 1303
Philadelphia, PA 19102
(215) 922-7112

WWW.KLWREPORTERS.COM

Page 2

```
 1   A P P E A R A N C E S:

 2

 3       JOSEPH, HOLLANDER & CRAFT, LLC
         BY:    DIANE L. BELLQUIST, ESQUIRE
 4              1508 SW Topeka Boulevard
                Topeka, Kansas 66612
 5              (785)234-3272
                Dbellquist@josephhollander.com
 6              Representing the Plaintiffs

 7

 8

 9       STINSON LEONARD STREET
         BY:    PATRICK A. EDWARDS, ESQUIRE
10              1625 North Waterfront Parkway,
                Suite 300
11              Wichita, Kansas 67206
                (316)268-7938
12              Patrick.edwards@stinson.com

13              Representing the Defendant

14

15

16   ALSO PRESENT:

17
     Christine Weiss-Calhoon, On The Record Legal Video
18

19   Kristen Dennison, CNH Industrial America

20
     Rachel Figgins, CNH Industrial America
21

22

23

24
```

Eric Lind

Page 7

1      Q.    I'm sorry.  Anytime you have a question
2  about my question, please don't hesitate to ask --
3      A.    Okay.
4      Q.    -- so we can make sure that we have a
5  meeting of the minds.
6      A.    My understanding is that we have two
7  separate, one on behalf of the company, one that's
8  personal.  I saw a list of questions for the company
9  one.  That's --
10     Q.    You are correct.  So I am deposing you
11 right now in your corporate representative
12 capacity --
13     A.    Okay.
14     Q.    -- on behalf of CNH.
15           Did you have a chance to review the
16 topics that were identified in the Notice of
17 Deposition?
18     A.    Yes.
19     Q.    Do you have any reason to know why you
20 were designated as a corporate representative?
21     A.    I have experience with the company to
22 -- with my 12 years with the company I have seen
23 several aspects of the business and have a general
24 understanding of how CNH works.

1      A.    I do not believe there are.

2      Q.    But New Holland provides a warranty

3  agreement?

4      A.    Correct.  Yes.  That is a form.

5                    * * * * *

6            (Whereupon, Exhibit-1 was marked for

7      identification.)

8                    * * * * *

9  BY MS. BELLQUIST:

10     Q.    I'm handing you what has been marked as

11 deposition Exhibit-1.

12           Is that the New Holland Warranty

13 Agreement that you were referring to?

14     A.    Yes, it is; title on it being Warranty

15 and Limitation of Liability Agreement on New Holland

16 Agricultural Equipment.

17     Q.    Are the dealers allowed to negotiate

18 the terms of this warranty?

19     A.    No.

20     Q.    Are they allowed to modify on their own

21 at all the terms of this warranty?

22     A.    No.  This warranty is -- this is an

23 agreement between CNH Industrial and the customer.

24 It is not with the dealer.

Eric Lind

Page 27

1    Q.    Are customers allowed to negotiate with
2  New Holland the terms of the warranty?
3    A.    No.
4    Q.    Who is the beneficiary of the warranty?
5          MR. EDWARDS:  Object to form and
6      foundation.
7          THE WITNESS: Sorry.  Beneficiary --
8  BY MS. BELLQUIST:
9    Q.    Who gets the benefit of the warranty?
10         MR. EDWARDS:  Same objection.
11 BY MS. BELLQUIST:
12   Q.    Let me rephrase it --
13   A.    Okay.
14   Q.    -- so hopefully --
15   A.    Okay.
16   Q.    -- you can understand my question
17 better.
18   A.    Okay.
19   Q.    Who are the parties to this Warranty
20 Agreement?
21   A.    That would be CNH Industrial and the
22 customer that made the purchase.
23   Q.    With respect to the Warranty Agreement
24 before you, who is the customer?

1  describe that further?

2      A.   I never operated it to watch this
3  happen specifically, but from the description that I
4  was given, it no longer followed the guidance line
5  and an alert came up on the monitor.

6      Q.   Do you know what the alert said?

7      A.   AG-265.

8      Q.   Does that stand for anything in
9  particular?

10     A.   It is just a number assigned to an
11 error that could have been caused by a number of
12 settings or using the product outside of its designed
13 intent.

14     Q.   Do you know which one of those was
15 applicable in this instance, whether it was caused by
16 setting or the contrary?

17     A.   In this situation, it was actually
18 unique and was -- ended up being a defect in the
19 software.  Oftentimes -- the vast majority of times
20 it is a setting configuration, not having wires
21 hooked up correctly, things along those lines that
22 make errors, such as AG-265 pop up.

23     Q.   Do you know how many T8 series tractors
24 were produced?

Eric Lind

Page 79

1  the dealer or if they figured that one out on their
2  own.
3       Q.    Do you know how long it takes to shut
4  down a tractor and then repower it to up to begin
5  again?
6       A.    Well, the tractor, itself, would be a
7  matter of seconds.  The GPS receiver takes some time
8  to get signal from the satellites accumulated enough
9  to get an accurate picture of where it is in the
10 world, which could take a few minutes up to a half
11 hour, depending on how many satellites happen to be
12 above where you're working.  The satellites are in a
13 orbiting path, and at different times of the day,
14 there's varying amounts of satellites available.  And
15 what position they are when satellites are closer to
16 the horizon and fewer in quantity, it takes longer
17 for the receiver to receive enough good satellite
18 information before it's comfortable naming off where
19 it is accurately.  If you have many satellites
20 relatively above you, it acquires a good signal
21 faster.
22      Q.    Were there reports of this same issue
23 coming in with regard to other T8 tractors owned by
24 other purchasers?

1  John Kelley to the point that they had it -- the
2  complaint replicated.  And then, it was some time
3  after that before they were able to sort out what, in
4  the software, created the complaint.
5       Q.    Were you notified when they were able
6  to replicate the complaint?
7       A.    Yes.
8       Q.    How were you notified?
9       A.    Via E-mail.
10      Q.    Who notified you?
11      A.    I do not remember for sure.  I know
12  that it is in the E-mail records I supplied.  I don't
13  remember if it was someone from CNH or if one of the
14  Trimble people contacted me.  But there were a group
15  of CNH people regularly communicating with Trimble on
16  the status of their work because the NavController
17  software is Trimble's intellectual property.  We
18  can't fix it.
19            So CNH was very much in a holding game
20  -- holding position waiting for Trimble to figure out
21  what was going on in Trimble's software.
22      Q.    Any reason why a site visit to the
23  tractors did not occur prior to January of 2018?
24      A.    The reports that came in during 2016

1  were each different, unique reports that they weren't
2  -- normally, if a dealer has a complaint or a
3  technical question and they don't have the answer,
4  they'd reactivate that case and it builds a story
5  line where you see the back and forth.
6              In this situation, that was never done.
7  New, unique cases were opened up each time.  So the
8  visibility that this was a continuing situation that
9  never -- that picture was never painted.  So it
10 appeared to be a bunch of one-offs that the dealer
11 was approaching us on, and then there was quite some
12 time that the dealer was not asking for anymore
13 technical help.  And from my understanding, Griffitts
14 and Coder was not contacting the dealer claiming that
15 it was an issue.
16             So at that point, there was a large
17 span of time where things went silent.  And as I said
18 in the past, dealers very seldom actually report in
19 things are fixed.  So silence tends to be a sign that
20 they need no more help because they fixed it.
21     Q.    Who trains the dealers on using the
22 ASIST program?
23     A.    The field rep would provide some
24 guidance to employees at dealers that need help