**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit F

Excerpts from April 5, 2019 Deposition of Paul Hatfield

Page 1

IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GRIFFITTS & CODER CUSTOM          :
CHOPPING, LLC, ET AL.             :
    Plaintiffs                    :
                                  :
-VS-                              : CASE NO.
                                  :
CNH INDUSTRIAL AMERICA, LLC       : 18-2300-DDC-KGG
    Defendant                     :
                                  :

\* \* \* \* \*

FRIDAY, APRIL 5, 2019

\* \* \* \* \*

    Videotaped deposition of Paul Hatfield, taken pursuant to notice, held at the Law Offices of Saxton & Stump, 280 Granite Run Drive, Suite 300, Lancaster, Pennsylvania, on Friday, April 5, 2019, beginning at 9:06 a.m., before Susan L. Singlar, Professional Court Reporter and Notary Public of the Commonwealth of Pennsylvania, there being present.

    Any reproduction of this transcript is prohibited without authorization by the certifying agency.

KAPLAN, LEAMAN AND WOLFE
Registered Professional Reporters
230 South Broad Street, Suite 1303
Philadelphia, PA 19102
(215) 922-7112

```
                                                         Page 2
 1   A P P E A R A N C E S:

 2

 3      JOSEPH, HOLLANDER & CRAFT, LLC
        BY:    DIANE L. BELLQUIST, ESQUIRE
 4             1508 SW Topeka Boulevard
               Topeka, Kansas 66612
 5             (785)234-3272
               Dbellquist@josephhollander.com
 6             Representing the Plaintiffs

 7

 8

 9      STINSON LEONARD STREET
        BY:    PATRICK A. EDWARDS, ESQUIRE
10             1625 North Waterfront Parkway,
               Suite 300
11             Wichita, Kansas 67206
               (316)268-7938
12             Patrick.edwards@stinson.com

13             Representing the Defendant

14

15

16   ALSO PRESENT:

17
     Christine Weiss-Calhoon, On The Record Legal Video
18

19   Kristen Dennison, CNH Industrial America

20

21

22

23

24
```

Page 43

1  Holland Brand tractors.
2             Are you aware that there were times
3  where more than one tractor was not in operation due
4  to mechanical codes or failures?
5       A.    I'm aware of that, yes.
6       Q.    Do you know how often that occurred?
7       A.    I do not know.
8       Q.    Do you know if any Goodwill policy
9  payments were made to the plaintiffs?
10      A.    I know we -- we utilized the BDA
11 process, as I mentioned.  Actual Goodwill service
12 policy, I don't recall.  I don't recall.  I would
13 think yes, but I just don't know.
14      Q.    Do you know if CNH is entitled to seek
15 indemnification from Trimble should a judgment be
16 awarded to the plaintiffs in this case?
17            MR. EDWARDS:  Objection to form and
18       foundation.
19            THE WITNESS:  I do not know.  I don't
20       know what that contractual obligation is.
21 BY MS. BELLQUIST:
22      Q.    Do you know if CNH is entitled to
23 indemnification from any person or entity should a
24 judgment be issued against the plaintiffs in this

 1  case?
 2              MR. EDWARDS:  Objection to form and
 3      foundation.
 4              THE WITNESS:  I don't know.
 5  BY MS. BELLQUIST:
 6      Q.   Do you believe that these five tractors
 7  that the plaintiffs operated live up to New Holland's
 8  Brand reputation?
 9      A.   I think we had more problems than I
10  would like to see.  You know, I'm in the -- the
11  customer service business.  As I mentioned earlier,
12  my -- my professional career has been centered around
13  product support and customer service in one form or
14  another.
15              And in this situation, we had a, you
16  know, a company that was very upset with the
17  equipment they purchased from us.  And quite
18  honestly, I took it personally.  I was upset about it
19  when it got escalated to me, and as I'm sure you've
20  probably seen some of the E-mails that I wrote trying
21  to get expedited attention to this.  I was upset on
22  -- on the origination of the problem.  And then, I
23  was upset at the timeline of getting it resolved.
24  Some of that, which was internal with the testing and

1  things that we had discussed, and then, also, with
2  the -- we'll call it the dark time where we thought
3  the machine had been addressed because the customer
4  stopped complaining for almost a year.
5             And I was just -- I was upset at the
6  whole situation, that it was, you know, it -- kind of
7  a cliche, but something I talk to my team about a lot
8  is problems don't age well, and this one took much
9  longer to resolve for a number of reasons and -- and
10 I was quite unhappy about it.
11      Q.    Would you say the amount of mechanical
12 issues, combined with the GPS issues, is atypical for
13 New Holland's Brand?
14      A.    Yes.
15            You said atypical; correct?
16      Q.    Correct, atypical.
17      A.    Atypical, yes.
18            MR. EDWARDS:  Diane, could we take a
19      break anytime when you have a chance?
20            MS. BELLQUIST:  Yup.  We can break
21      right now.  This would be a perfect spot.
22            MR. EDWARDS:  One thing before we go, I
23      just wanted to clarify that this is his
24      individual deposition, not his corporate dep,