**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit A

Affidavit of Timothy Coder

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GRIFFITTS & CODER CUSTOM
CHOPPING, LLC, et al.

       Plaintiffs,

v.              Case No. 18-2300-DDC-KGG

CNH INDUSTRIAL AMERICA, LLC,

       Defendants.

### AFFIDAVIT OF TIMOTHY L. CODER

State of Kansas    )
           ) ss:
County of Shawnee  )

I, Timothy L. Coder, swear under penalty of perjury that I am over eighteen years of age, of sound mind and the information below is true and correct:

1. I am over the age of 18 and am legally competent to make this Affidavit.

2. I am a resident of Effingham, Atchison County, Kansas.

3. I am an individual plaintiff in the above-captioned matter and I am a member and employee of plaintiff Griffitts & Coder Custom Chopping LLC ("Custom Chopping").

4. The information contained in this Affidavit is based on my own personal knowledge.

5. I previously gave a deposition in this matter. The information contained in this Affidavit is not intended to contradict the deposition but rather to clarify my earlier testimony and provide information that was not asked during the deposition.

6. I am knowledgeable about and have been engaged in agricultural and farming operations for over 5 years. During that time, I have purchased and used various makes and models of agricultural equipment and implements.

7. Between January and May 2016 I personally, along with Brad Griffitts personally and Custom Chopping as a business, purchased five CNH tractors which are the subject of this lawsuit.

8. The integrated GPS autoguidance as well as the luxury and deluxe performance cab amenities were important factors in selecting these particular tractors for purchase.

9. Since these tractors would be driven for long stretches of time each day and would have a significant number of hours of use over the ensuing three years of the lease term (1350/tractor/year), the various cab amenities were paramount for comfort.

10. The integrated GPS autoguidance was of utmost importance so that we could perform precision work with the tractors. Steering the tractors manually results in waste and inefficiency. The integration was also important for driver comfort and safety.

11. In addition, the promise of a like-kind Loaner tractor if Agri-Center couldn't fix our tractors within 24 hours was a significant factor in our decision to purchase these CNH tractors from Agri-Center.

12. I am both an individual co-buyer and an individual co-lessee of the tractors, along with Griffitts and Custom Chopping.

13. I signed the purchase and, subsequently, lease documents as they were presented to me. I did not have any opportunity to negotiate or change any of the language on these pre-printed documents.

14. By signing the sale and lease documents and being a co-buyer and co-lessee, I understood that I was personally a joint owner of the tractors and was jointly and personally responsible for the lease payments, along with Griffitts and Custom Chopping. I understood this to mean that I had an equal ownership in the tractors and was equally responsible to make the lease payments, regardless of who actually made the payment.

15. Exhibit 1, attached hereto, is a true and correct copy of my TransUnion Credit Profile Report which I personally obtained on April 9, 2019. Page 2 of Exhibit 1 reflects the lease account with AgDirect indicating that this is a joint installment account which was opened on May 13, 2016, which is after the first lease payments were made.

16. Since at least May 13, 2016, my credit profile has been adversely affected by this account on my personal credit profile. As noted on Exhibit 1, my credit profile reflects that the "Proportion Of Loan Balances To Loan Amounts Is Too High" and that there are "Too Many Accounts With Balances." The AgDirect installment balance listed as of the date of this report is, by itself, greater than the combined total of the other account balances listed on this report.

17.  Based on my own experience and also what was reported to me by others, the GPS on these tractors repeatedly failed after 2-3 hours of continual use in a circular pivot pattern, regardless of what agricultural task was being performed. With manure spreading in a pivot pattern, this happened on nearly every work project because those projects generally took more than 2-3 hours of continual work. With other agricultural tasks such as swathing, the GPS failure still occurred after the same length of continual work, but it was somewhat less often than with manure spreading simply because some of those projects were completed in less than 2-3 hours and therefore before the GPS failure would occur.

18.  When we reported this to Agri-Center, they and New Holland were unable to identify the problem or solution. We eventually figured out on our own that each time the failure code appeared, the tractor could be shut off and the person using it would have to wait for the GPS to come back on-line. This would take up to a half hour each time it occurred, and sometimes longer.

19.  I understood that when the tractors had any issues, whether GPS-related, mechanical, or otherwise, we were to notify Agri-Center as the dealer, and they would handle the repairs. I believed Agri-Center would involve CNH in the repair issues as needed, and Agri-Center personnel told me that they had notified CNH of the GPS issues on more than one occasion.

20.  Mechanical defects beyond the GPS issues plagued all five tractors, impacting workflow to a significant degree. Often, it could result in a loss of a half day or full day of work just in switching the tractor and implements.

21. Repairs for the mechanical defects sometimes took weeks to fix, with tractors hauled to Agri-Center sometimes for weeks awaiting repairs.

22. Several times more than one tractor was inoperable or in the shop at the same time due to the mechanical issues.

23. I am familiar with the service records which help me to recall the following:

Three (ZFRE05239; ZFRE06025; ZFRE02091) required warranty repairs within the first month of delivery. Two (ZGRE02009; ZGRE02010) made it four months before requiring warranty repairs.

Power Take Off (PTO) defects. The PTO is needed to attach implements to the tractor, a function required for Custom Chopping, Griffitts, and Coder to use the tractors. PTO defects occurred in three of the tractors and included: the front PTO shaft broke (ZFRE05239); the PTO driveshaft failed at the weld out of tube (ZFRE05239); the PTO hub ring gear bolts sheared off (ZFRE05239); the U-joint failed in the front PTO shaft (ZFRE06025 and ZGRE02009); the PTO bolts sheared (ZFRE02091); and the rear PTO had no power (ZFRE05239).

Oil leaks. In one tractor, an oil leak occurred because the lower valve cover gasket was not correctly installed at the factory. (ZFRE05239) Defects also caused oil leaks in other tractors. (ZFRE06025; ZGRE02009; ZGRE02010).

Hose issues. A hose in one tractor had to be rerouted when it was discovered the gas tank could not be filled (ZFRE02091). Later, defective hoses had to be replaced in four of the five tractors (ZFRE02091, ZGRE02009, ZGRE02010).

Alternators. The alternator failed within ten months of delivery (ZFRE05239). On another tractor, the alternator was not charging and the instrument cluster not displaying (ZFRE02091). Another tractor experienced problems with the battery not staying charged caused by an internal electrical failure in the alternator (ZFRE06025).

Improper wiring and power issues. Air conditioner wiring was improperly routed (ZFRE05239). In another tractor, a seat switch did not function because no power had been installed (ZFRE02091). A defective fuse block had to be replaced (ZFRE02091). And pinched wires caused error codes and popping fuses in yet another tractor (ZGRE02010).

Error codes. Check engine error codes occurred within five months of delivery (ZFRE06025). More check engine codes appeared, the high pressure fuel pump and the main pressure switch failed, a defective seal was discovered, and a cylinder scored about eight months after delivery. The following month, the joystick failed when it spring housing broke. The same tractor experienced more check engine codes just four months later and again about one year after delivery. Despite trouble shooting attempts, no diagnosis for the codes on this last occasion was determined.

Other, miscellaneous defective parts or workmanship. In ZFRE05239, the fan module had to be replaced within one month of delivery; the injector failed requiring a new injector be installed within two months of delivery; and the compressor clutch bearing seized; reports of the engine overheating revealed no output signal from temp sensor; reports of problems with the fuel line lead to discovery of a hairline crack in steel line. In ZFRE06025, bolts were missing from the 3-point life arm within five months of delivery; the fender bracket broke at the axle due to weak material within five months of delivery; smoke occurred under the cab and a harness connection loose for lighting modules. In ZFRE02091, the high pressure fuel pump failed within 10 months of delivery; the fuel pressure sensor, filter, and a harness had to be replaced approximately one year after delivery; the starter required repair; a draft pin sensor failed in hitch; injectors and seals failed; the high pressure pump failed. In ZGRE02009, a bad clutch switch had to be replaced; another warranty repair addressed a failed electronic pedal, software glitch, and a defective latch; the pump solenoid failed; the fuel injector failed and 5 of 6 injectors failed a leak down test. ZGRE02010 went for warranty repairs on separate occasions to replace the switch for the transmission filter restriction light; repair the front suspension fuse that had blown and a pinched harness; repair or replace

a fuel gauge and a defective fuel sender; replace a relief valve; address the TCU failure and internal failure of the front suspension drive; replace sensors because an open circuit in fuel pressure and temp sensors was causing low engine power and fuel error codes.

24. Loaner tractors provided to us did not have the same comfort amenities as the tractors we purchased, despite the promise of like-kind Loaners, and even a brand new Loaner arrived with a hydraulic leak and an antifreeze leak, despite having been inspected before being sent to us.

25. I personally used each tractor at various times for agricultural business use and I have always used them consistent with agricultural and industry standards for which the tractors were designed and intended.

26. I personally observed Griffitts and other persons use the tractors from time to time for agricultural business use, and I never observed them being used in a manner inconsistent with agricultural and industry standards and purpose for which the Tractors were designed and intended.

27. I have purchased and used various agricultural equipment and implements over the years, including tractors with integrated GPS autoguidance for precision farming. I have never experienced failures of this nature with integrated GPS autoguidance on any other tractors. I have never experienced this volume of mechanical issues on other equipment that we had across the board on these five CNH tractors.

FURTHER AFFIANT SAYETH NAUGHT.

__7-2-19__
Date

__Timothy L Coder__
Timothy L. Coder

Subscribed and sworn before me on this __2nd__ day of __July__, 2019.

__Brandi Martin__
Notary Public

BRANDI L MARTIN
State of Kansas
My Appt. Exp. 4/15/2022

```
                         TransUnion Credit Profile Report
TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213
Date Reported: 11/28/2018
```

Personal Information

| | | |
|---|---|---|
| Name: | TIMOTHY L CODER | On File Since: 08/01/1987 |
| Date Of Birth: | **REDACTED** | |
| Phone: | | |
| Address: | 4223 HASKELL RD | |
| | EFFINGHAM, KS 66023 | |
| Reported On: | 07/01/2015 | |
| Address: | 5 PO BOX 5 | |
| | EFFINGHAM, KS 66023 | |
| Reported On: | 11/24/2009 | |
| Address: | 11683 US HIGHWAY 159 | |
| | EFFINGHAM, KS 66023 | |
| Reported On: | | |

Employment Information

| | |
|---|---|
| Company Name: | GRIFFITTS CODER CUSTOM |
| Occupation: | OWNER |
| Date Hired: | |
| Separation Date: | |
| Company Name: | TC HAULING |
| Occupation: | OWNER OPERATOR |
| Date Hired: | |
| Separation Date: | |

Score Cards
Scorecard:    FICO

Reasons:    Time Since Most Recent Account Opening Is Too Short
            Proportion Of Loan Balances To Loan Amounts Is Too High
            Too Many Accounts With Balances
            Proportion of balances to credit limits on bank/national revolving or other revolving accounts is too high

Case 2:18-cv-02300-DDC   Document 56-7   Filed 07/05/19   Page 11 of 14

https://fcsa.fcsamerica.net/CreditBureau/reports/customers/                                    Page 2 of 5

```
                In Addition To The Factors Listed Above, The Number Of Inquiries On The Consumer's
Credit File Has Adversely Affected The Credit Score


Tradelines

Firm Name                     Date Open         Credit Limit   Balance        Past Due 30    60    90
Account Number                Date Reported     High Credit    Mos Rep /      Mo Pmnt
Account Type                  Closed/Open                      Mos Remain
Owner                                           Pattern
Status
Narratives

-----------------------------------------------------------------------------------------------------
FRONTER FARM/02F48001         03/24/2015        $              $107215        $0        0    0    0
32733102692807001             11/01/2018        $400000        36             $9347
Installment                   Open                             5
Joint Account
Paid or paying as agreed



-----------------------------------------------------------------------------------------------------
AGDIRECT/02A6C002             05/13/2016        $              $214012        $0        0    0    0
32733103032958001             11/01/2018        $411331        29             $9402
Installment                   Open                             20
Joint Account
Paid or paying as agreed



-----------------------------------------------------------------------------------------------------
SYNCB/SAMSDC/0235061D         05/29/2017        $5000          $584           $0        0    0    0
521333123416                  11/01/2018        $4434          18             $38
Revolving                     Open                             REVOLVING
Individual Account
Paid or paying as agreed



-----------------------------------------------------------------------------------------------------
ENVISTA CU/01QM1001           10/12/2016        $              $35616         $0        0    0    0
138117557520161012            10/31/2018        $48620         23             $804
Installment                   Open                             49
Individual Account
Paid or paying as agreed



-----------------------------------------------------------------------------------------------------
MORTON CU/090LQ002            06/08/2018        $              $24886         $0        0    0    0
39840001                      10/31/2018        $26502         4              $479
Installment                   Open                             56
```

```
Individual Account
Paid or paying as agreed


------------------------------------------------------------------------
FRONTER FARM/02F48001      03/26/2014    $        $29970     $0      0    0    0
32733102680493001          01/01/2018    $103514  26         $2497
Installment                Open                   1
Joint Account
Paid or paying as agreed


------------------------------------------------------------------------
AGDIRECT/02A6C002          03/31/2014    $        $0         $0      0    0    0
32733100000151001          05/15/2016    $300000  25         $
Installment                Closed                 31
Joint Account
Paid or paying as agreed
CLOSED


------------------------------------------------------------------------
FARM CRDT SV/01M46001      11/12/2008    $        $0         $0      0    0    0
2585936                    12/11/2013    $111985  48         $
Installment                Closed                 12
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


------------------------------------------------------------------------
FARM CRDT SV/01M46001      12/12/2005    $        $0         $0      0    0    0
2531616                    03/05/2012    $44922   48         $
Mortgage                   Closed                 132
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


------------------------------------------------------------------------
FARM CRDT SV/01M46001      12/02/2004    $50000   $0         $0      0    0    0
251                        02/01/2012    $56000   48         $
Line Of Credit             Closed                 REVOLVING
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


------------------------------------------------------------------------
```

```
FARM CRDT SV/01M46001         12/03/2004    $           $0          $0          0    0    0
2509361                       12/23/2011    $141755     48          $
Mortgage                      Closed                    120
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


-----------------------------------------------------------------------------------------------
FARM CRDT SV/01M46001         09/13/2004    $           $0          $0          0    0    0
2509331                       12/23/2011    $181386     48          $
Mortgage                      Closed                    192
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


-----------------------------------------------------------------------------------------------
FARM CRDT SV/01M46001         11/22/2005    $           $0          $0          0    0    0
2531618                       11/10/2010    $22500      48          $
Installment                   Closed                    12
On Behalf Of Another Person
Paid or paying as agreed
CLOSED


-----------------------------------------------------------------------------------------------
EXCHANGE NTL/09603002         10/02/2003    $25000      $0          $0          0    0    0
89                            04/30/2010    $25000      48          $
Line Of Credit                Closed                    REVOLVING
Joint Account
Paid or paying as agreed
CLOSED


-----------------------------------------------------------------------------------------------
EXCHANGE NTL/09603002         09/03/2003    $           $0          $0          0    0    0
4825                          04/21/2010    $128500     48          $791
Mortgage                      Closed                    312
Joint Account
Paid or paying as agreed
CLOSED
```

Inquiries

| Date | Subscriber Name | Subscriber Number | Amount |
|---|---|---|---|
| 11/28/2018 | FRONTIER FAR | 02202358 | |

| Date | Name | Number |
|---|---|---|
| 11/12/2018 | KMF | 01018264 |
| 11/12/2018 | CREDCO | 08256078 |
| 06/07/2018 | MORTON EMP C | 00218325 |
| 12/15/2017 | FRONTIER FAR | 02202358 |
| 11/29/2017 | FARM CR SV | 01701063 |
| 05/28/2017 | SYNCB/SAMS | 04215612 |
| 05/08/2017 | FRONTIER FAR | 02202358 |
| 04/24/2017 | AGDIRECTFCSA | 03950938 |
| 03/30/2017 | DEERE CR SVC | 00093312 |