**PLAINTIFF'S RESPONSE TO
DEFENDANT'S MOTION FOR SUMMARY JUDGMENT**

Exhibit B

Affidavit of Bradley Griffitts

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF KANSAS

GRIFFITTS & CODER CUSTOM
CHOPPING, LLC, et al.

                Plaintiffs,

v.                                        Case No. 18-2300-DDC-KGG

CNH INDUSTRIAL AMERICA, LLC,

                Defendants.

### AFFIDAVIT OF BRADLEY A. GRIFFITTS

| | | |
|---|---|---|
| State of Kansas | ) | |
| | ) | ss: |
| County of Shawnee | ) | |

I, Bradley A. Griffitts, swear under penalty of perjury that I am over eighteen years of age, of sound mind and the information below is true and correct:

1. I am over the age of 18 and am legally competent to make this Affidavit.

2. I am a resident of Oskaloosa, Jefferson County, Kansas.

3. I am an individual plaintiff in the above-captioned matter and I am a member and employee of plaintiff Griffitts & Coder Custom Chopping LLC ("Custom Chopping").

4. The information contained in this Affidavit is based on my own personal knowledge.

5. I previously gave a deposition in this matter. The information contained in this Affidavit is not intended to contradict the deposition but rather to clarify my earlier testimony and provide information that was not asked during the deposition.

6. I am knowledgeable about and have been engaged in agricultural and farming operations for nearly 20 years. During that time, I have purchased and used numerous makes and models of agricultural equipment and implements.

7. Between January and May 2016 I personally, along with Tim Coder personally and Custom Chopping as a business, purchased five Tractors which are the subject of this lawsuit.

8. The integrated GPS autoguidance as well as the luxury and deluxe performance cab amenities were important factors in selecting these particular tractors for purchase.

9. Since these tractors would be driven for long stretches of time each day and would have a significant number of hours of use over the ensuing three years of the lease term (1350/tractor/year), the various cab amenities were paramount for comfort.

10. The integrated GPS autoguidance was of utmost importance so that we could perform precision work with the Tractors. Steering the tractors manually results in waste and inefficiency. The integration was also important for driver comfort and safety.

11. In addition, the promise of a like-kind Loaner tractor if Agri-Center couldn't fix our tractors within 24 hours was a significant factor in our decision to purchase these CNH tractors from Agri-Center.

12. I am both an individual co-buyer and an individual co-lessee of the tractors, along with Coder and Custom Chopping.

13. I signed the purchase and, subsequently, lease and New Holland Warranty and Limitation of Liability Agreement ("WLL") documents as they were presented to me. I did not believe I had any opportunity to negotiate or change any of the language on these pre-printed documents.

14. Lee File did not at any time describe the WLL to me. The only thing I remember File describing before I signed the documents is that the tractors would be on a three-year lease, that they would be under warranty for the full three years, and that Agri-Center would take care of oil changes and other routine maintenance and upkeep; all we had to do was use the tractors.

15. By signing the sale and lease documents and being a co-buyer and co-lessee, I understood that I was personally a joint owner of the tractors and was jointly and personally responsible for the lease payments, along with Coder and Custom Chopping. I understood this to mean that I had an equal ownership in the tractors and was equally responsible to make the lease payments, regardless of who actually made the payment.

16. Exhibit 1, attached hereto, is a true and correct copy of my TransUnion Credit Profile Report which I personally obtained on April 12, 2019. Pages 2-3 of Exhibit 1 reflect the lease account with AgDirect indicating that this is a joint installment account which was opened on May 13, 2016, which is after the first lease payments were made.

17. Since at least May 13, 2016, my credit profile has been adversely affected by this account on my personal credit profile. As noted on Exhibit 1, my credit profile report notes "Too Many Consumer Finance Company Accounts" and that the "Proportion Of Loan Balances To Loan Amounts Is Too High." The AgDirect installment balance for these tractors as of the date of this report is, by itself, greater than the combined total of the other account balances listed on this report.

18. Based on my own experience and what was reported to me by others, the GPS on these tractors repeatedly failed after 2-3 hours of continual use in a circular pivot pattern, regardless of what agricultural task was being performed. With manure spreading in a pivot pattern, this happened on nearly every work project because those projects generally took more than 2-3 hours of continual work. With other agricultural tasks such as swathing, the GPS failure still occurred after the same length of continual work, but it was somewhat less often than with manure spreading simply because some of those projects were completed in less than 2-3 hours and therefore before the GPS failure would occur.

19. When we reported this to Agri-Center, they and New Holland were unable to identify the problem or solution. We eventually figured out on our own that each time the failure code appeared, the tractor could be shut off and the person using it would have to wait for the GPS to come back on-line. This would take up to an hour each time it occurred.

20. Mechanical defects beyond the GPS issues plagued all five tractors, impacting workflow to a significant degree. Often, it could result in a loss of a half day or full day of work just in switching the tractor and implements.

21. Repairs for the mechanical defects sometimes took weeks to fix, with tractors hauled to Agri-Center sometimes for weeks awaiting repairs.

22. Several times more than one tractor was inoperable or in the shop due to the mechanical issues.

23. Loaner tractors provided to us did not have the same comfort amenities as the tractors we purchased, despite the promise of like-kind Loaners, and even a brand new Loaner arrived with a hydraulic leak and an antifreeze leak, despite having been inspected before being sent to us.

24. The one remaining tractor that we own (ZFRE02091) needed mechanical repairs as recently as twice in June 2019, including another hydraulic leak.

25. I personally used each tractor at various times for agricultural business use and I have always used them consistent with agricultural and industry standards for which the tractors were designed and intended.

26. I personally observed Coder and other persons use the tractors from time to time for agricultural business use, and I never observed them being used in a manner inconsistent with agricultural and industry standards and purpose for which the Tractors were designed and intended.

27. I have purchased and used various agricultural equipment and implements over the years, including tractors with integrated GPS autoguidance for precision farming. I have never experienced failures of this nature with integrated GPS autoguidance on any other tractors. I have never experienced the volume of mechanical issues on other equipment that we had across the board on these five CNH tractors.

FURTHER AFFIANT SAYETH NAUGHT.

_____7/1/19_____                                    _____
Date                                                    Bradley A. Griffitts

Subscribed and sworn before me on this 1st day of July, 2019.

_____
Notary Public

ALEJANDRA del REAL
Notary Public - State of Kansas
My Appt. Expires 4-17-2023

```
                          TransUnion Credit Profile Report
TRANSUNION
2 BALDWIN PLACE, P.O. BOX 1000
CHESTER, PA 19016
800-888-4213
Date Reported: 11/28/2018


Personal Information

Name:                 BRADLEY ALLEN GRIFFITTS       On File Since:01/01/2000
Date Of Birth:        REDACTED

Phone:
Address:              4223 HASKELL RD
                      EFFINGHAM, KS 66023
Reported On:          05/01/2014

Address:              231 COUNTY ROAD 213
                      MULESHOE, TX 79347
Reported On:          03/01/2016

Address:              556 PO BOX 556
                      OSKALOOSA, KS 66066
Reported On:

Employment Information

Company Name:         GRIFFITTS CODER CUSTOM
Occupation:           OWNER
Date Hired:
Separation Date:
Company Name:         SELF
Occupation:           RANCHER FARMER
Date Hired:
Separation Date:



Score Cards
Scorecard:    FICO




Reasons:      Time Since Most Recent Account Opening Is Too Short
              Amount Owed On Revolving Accounts Is Too High
              Too Many Consumer Finance Company Accounts
              Proportion Of Loan Balances To Loan Amounts Is Too High
              In Addition To The Factors Listed Above, The Number Of Inquiries On The Consumer's
```

Credit File Has Adversely Affected The Credit Score

Tradelines

| Firm Name<br>Account Number<br>Account Type<br>Owner<br>Status<br>Narratives | Date Open<br>Date Reported<br>Closed/Open | Credit Limit<br>High Credit<br><br>Pattern | Balance<br>Mos Rep /<br>Mos Remain | Past Due<br>Mo Pmnt | 30 | 60 | 90 |
|---|---|---|---|---|---|---|---|
| CAPITAL ONE/01DTV229<br>547363937458<br>Revolving<br>Individual Account<br>Paid or paying as agreed<br>DISPUTE RESOVLED REPORTED BY GRANTOR | 10/05/2017<br>11/16/2018<br>Open | $10000<br>$10059 | $2783<br>12<br>REVOLVING | $0<br>$27 | 0 | 0 | 0 |
| CHASE CARD/026QK001<br>414720212751<br>Revolving<br>Authorized User<br>Paid or paying as agreed | 05/13/2012<br>11/07/2018<br>Open | $28000<br>$23346 | $2091<br>48<br>REVOLVING | $0<br>$25 | 0 | 0 | 0 |
| CAP1/MNRDS/01DTV080<br>600430099779<br>Revolving<br>Individual Account<br>Paid or paying as agreed | 06/25/2014<br>11/06/2018<br>Open | $1000<br>$1161 | $0<br>48<br>REVOLVING | $0<br>$ | 0 | 0 | 0 |
| FRONTER FARM/02F48001<br>32733102692807001<br>Installment<br>Joint Account<br>Paid or paying as agreed | 03/24/2015<br>11/01/2018<br>Open | $<br>$400000 | $107215<br>36<br>5 | $0<br>$9347 | 0 | 0 | 0 |
| AGDIRECT/02A6C002<br>32733103032958001<br>Installment | 05/13/2016<br>11/01/2018<br>Open | $<br>$411331 | $214012<br>29<br>20 | $0<br>$9402 | 0 | 0 | 0 |

```
Joint Account
Paid or paying as agreed

------------------------------------------------------------------------
ALLY FINCL/0259237L       11/26/2016    $         $8291      $0      0  0  0
673925309040              10/31/2018    $14828    23         $331
Installment               Open                    25
Joint Account
Paid or paying as agreed


------------------------------------------------------------------------
ALLY FINCL/0259237L       11/21/2016    $         $37263     $0      0  0  0
673925805067              10/31/2018    $51741    23         $809
Installment               Open                    49
Joint Account
Paid or paying as agreed


------------------------------------------------------------------------
CAPITAL ONE/01DTV228      06/27/2004    $15500    $1106      $0      0  0  0
552319091173              10/20/2018    $14944    48         $27
Revolving                 Open                    REVOLVING
Authorized User
Paid or paying as agreed


------------------------------------------------------------------------
FRONTER FARM/02F48001     03/26/2014    $         $29970     $0      0  0  0
32733102680493001         01/01/2018    $103514   26         $2497
Installment               Open                    1
Joint Account
Paid or paying as agreed


------------------------------------------------------------------------
AGDIRECT/02A6C002         03/18/2014    $         $0         $0      0  0  0
326408000000151001        05/04/2017    $216500   37         $
Installment               Closed                  23
Individual Account
Paid or paying as agreed
CLOSED


------------------------------------------------------------------------
CAF/045WK001              01/15/2015    $         $0         $0      0  0  0
19383597                  11/29/2016    $16277    22         $375
Installment               Closed                  26
```

```
Joint Account
Paid or paying as agreed
CLOSED

-----------------------------------------------------------------------------
FRONTER FARM/02F48001      06/18/2013    $         $0           $0         0    0    0
32640802669749001          11/17/2016    $68719    36           $
Mortgage                   Closed                  60
Individual Account
Paid or paying as agreed
CLOSED

-----------------------------------------------------------------------------
AGDIRECT/02A6C002          03/31/2014    $         $0           $0         0    0    0
32733100000151001          05/15/2016    $300000   25           $
Installment                Closed                  31
Joint Account
Paid or paying as agreed
CLOSED

-----------------------------------------------------------------------------
FARM CRDT SV/01M46001      06/28/2013    $         $0           $0         0    0    0
2669749                    10/12/2015    $85000    27           $
Mortgage                   Closed                  93
Individual Account
Paid or paying as agreed
TRANSFERRED TO ANOTHER LENDER

-----------------------------------------------------------------------------
ALLY FINCL/0259237N        07/08/2013    $         $0           $0         0    0    0
611921020026               01/21/2015    $22159    17           $615
Installment                Closed                  19
Individual Account
Paid or paying as agreed
CLOSED

-----------------------------------------------------------------------------
BMOHARRISBK/09733006       11/01/2013    $         $0           $0         0    0    0
9902240842                 11/26/2014    $41254    12           $740
Installment                Closed                  48
Individual Account
Paid or paying as agreed
ACCOUNT CLOSED BY CONSUMER
```

```
-------------------------------------------------------------------------------
INTRUST CC/04425019        09/04/1990    $15000     $0          $0      0   0   0
464803900003               09/28/2014    $7000      48          $
Revolving                  Closed                   REVOLVING
Authorized User
Paid or paying as agreed
ACCOUNT CLOSED BY CONSUMER



-------------------------------------------------------------------------------
FARM CRDT SV/01M46001      11/24/2009    $75000     $0          $0      0   0   0
260                        05/01/2014    $74097     48          $
Line Of Credit             Closed                   REVOLVING
On Behalf Of Another Person
Paid or paying as agreed
CLOSED



-------------------------------------------------------------------------------
FARM CRDT SV/01M46001      08/08/2013    $         $0          $0       0   0   0
2671628                    03/31/2014    $300000    6           $
Installment                Closed                   54
Individual Account
Paid or paying as agreed
CLOSED



-------------------------------------------------------------------------------
FARM CRDT SV/01M46001      01/26/2012    $         $0          $0       0   0   0
2644162                    03/31/2014    $54925     25          $
Installment                Closed                   35
Individual Account
Paid or paying as agreed
CLOSED



-------------------------------------------------------------------------------
FARM CRDT SV/01M46001      06/14/2011    $         $0          $0       0   0   0
2626803                    12/10/2013    $54500     29          $
Installment                Closed                   31
Individual Account
Paid or paying as agreed
CLOSED



-------------------------------------------------------------------------------
FARM CRDT SV/01M46001      04/16/2013    $         $0          $0       0   0   0
2666949                    08/06/2013    $35000     3           $
```

| | | | | | | | |
|---|---|---|---|---|---|---|---|
| Installment<br>On Behalf Of Another Person<br>Paid or paying as agreed<br>CLOSED | Closed | | 45 | | | | |
| FARM CRDT SV/01M46001<br>2624102<br>Mortgage<br>Individual Account<br>Paid or paying as agreed<br>CLOSED | 04/27/2011<br>06/28/2013<br>Closed | $<br>$90000 | $0<br>25<br>95 | $0<br>$ | 0 | 0 | 0 |
| FARM CRDT SV/01M46001<br>2616129<br>Installment<br>Individual Account<br>Paid or paying as agreed<br>CLOSED | 11/10/2010<br>05/13/2013<br>Closed | $<br>$35000 | $0<br>30<br>30 | $0<br>$ | 0 | 0 | 0 |
| FARM CRDT SV/01M46001<br>2609596<br>Installment<br>Individual Account<br>Paid or paying as agreed<br>CLOSED | 05/27/2010<br>01/26/2012<br>Closed | $<br>$16000 | $0<br>20<br>28 | $0<br>$ | 0 | 0 | 0 |
| FARM CRDT SV/01M46001<br>2639512<br>Installment<br>Individual Account<br>Paid or paying as agreed<br>CLOSED | 11/29/2011<br>01/26/2012<br>Closed | $<br>$17000 | $0<br>1<br>59 | $0<br>$ | 0 | 0 | 0 |
| NEBRSKA FURN/06899001<br>2992320<br>Revolving<br>Joint Account<br>Paid or paying as agreed<br>ACCOUNT CLOSED BY CONSUMER | 09/06/2008<br>06/08/2011<br>Closed | $5000<br>$1518 | $0<br>29<br>REVOLVING | $0<br>$ | 0 | 0 | 0 |

```
------------------------------------------------------------------------------
FARM CRDT SV/01M46001      12/14/2009      $             $0           $0           0    0    0
2601421                    05/26/2011      $20000        17           $
Mortgage                   Closed                        43
Individual Account
Paid or paying as agreed
CLOSED



------------------------------------------------------------------------------
GMAC/02592653              07/05/2006      $             $0           $0           0    0    0
8909160439                 10/29/2009      $39042        38           $542
Installment                Closed                        34
Individual Account
Paid or paying as agreed
CLOSED



------------------------------------------------------------------------------
CAPITAL ONE/01DTV041       06/27/2004      $0            $0           $0           0    0    0
552319080272               07/31/2009      $14415        48           $
Revolving                  Closed                        REVOLVING
Authorized User
Paid or paying as agreed
CREDIT CARD LOST OR STOLEN



Inquiries

Date            Subscriber Name       Subscriber Number       Amount

11/28/2018      FRONTIER FAR          02202358
12/15/2017      FRONTIER FAR          02202358
11/29/2017      FARM CR SV            01701063
09/13/2017      DATAFACTS             00180844
07/13/2017      CREDIT PLUS           00049997
06/12/2017      CREDCO                08256078
05/08/2017      FRONTIER FAR          02202358
04/20/2017      AGDIRECTFCSA          03950938
01/04/2017      EQUIFAX MTG           03786962


Warning Messages



Former Name: GRIFFITTS,BRAD,A
Former Name: GRIFFITS,BRAD,A
```